

**ORDERED in the Southern District of Florida on August 27, 2008.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>TOUSA, INC., et al.<br><br>         Debtors.<br>_____/ | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>TOUSA, INC., et al.,<br><br>         Plaintiff,<br>vs.<br><br>CITICORP NORTH AMERICA,<br>INC.; etc, et al.,<br><br>         Defendants.<br>_____/ | <br><br><br><br><br>Adv. Pro No. 08-01435-JKO |

### ORDER ADMITTING ANDREW T. BEIRNE PRO HAC VICE

This matter was considered without hearing upon the Motion of Andrew T. Beirne to Appear Pro Hac Vice (the "Motion") in this adversary proceeding pursuant to Rule 2090-1(B)(2)

{FT515644;1}

...

and 9013-1(C)(9) of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"). The Court having reviewed the Motion and good cause appearing, it is ORDERED that:

1. The Motion is granted.

2. Andrew T. Beirne may appear before the Court *pro hac vice* as counsel for the Defendants set forth on the attached Exhibit "A"[1] in this adversary proceeding subject to the local rules of this Court. The certification required by Local Rule 9011-4(B)(2) shall be included on all papers filed by Andrew T. Beirne. The following attorney is designated as the attorney qualified to practice in this Court with whom the Court and opposing counsel may readily communicate and upon whom papers may be served:

Michael I. Goldberg, Esq.
Florida Bar Number: 886602
Email: michael.goldberg@akerman.com
AKERMAN SENTERFITT
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224

# # #

---

[1] Movant is in the process of being retained by the defendants listed in Exhibit "A". However, due to the complexity of issues entailed in documenting the representation of multiple clients, the retention has not yet been finalized.

{FT515644;1}

**Submitted by:**

Michael I. Goldberg, Esq.
**AKERMAN SENTERFITT**
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida 33301
954-463-2700 (ph)/ 954-463-2224 (fax)
Email: michael.goldberg@akerman.com

- and -

Andrew T. Beirne, Esq.
New York Bar No.: AB 6822
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: 212-530-5287
Facsimile: 212-530-5219
Email: abeirne@milbank.com


Copies to:

Michael I. Goldberg, Esq.
(Attorney Michael I. Goldberg, Esq. shall, upon receipt, serve a copy of this Order upon all counsel or parties who have filed notices of appearance in this adversary proceeding).

{FT515644;1}

3

**EXHIBIT "A"**

3V Capital Master Fund Ltd.
Atascosa Investments LLC
Aurum CLO 2002-1 Ltd.
Bank of America, N.A.
Bear Stearns Investment Products Inc.
Black Diamond Clo 2005-1
Burnet Partners, LLC
Centurion CDO 10, Ltd.
Centurion CDO 8, Limited
Centurion CDO 9, Ltd.
Centurion CDO II, Ltd.
Centurion CDO VI, Ltd.
Centurion CDO VII, Ltd.
Centurion CDO XI, Ltd.
Deutsche Bank Trust Company Americas
Distressed High Yield Trading Ops. Fund Ltd.
Eaton Vance Credit Opportunities Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Grayson & Co.
Eaton Vance Limited Duration Income Fund
Eaton Vance Senior Debt Portfolio
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance VT Floating-Rate Income Fund
Farallon Capital Institutional Partners II, L.P.
Farallon Capital Institutional Partners III L.P.
Farallon Capital Institutional Partners L.P.
Farallon Capital Offshore Investors II, L.P.
Farallon Capital Offshore Investors, Inc.
Farallon Capital Partners L.P.
Flagship CLO III
Flagship CLO IV
Flagship CLO V
Gleneagles CLO Ltd.
Goldman Sachs Credit Partner, L.P.
Grand Central Asset Trust, CED Series
Grand Central Asset Trust, HLD Series
Grand Central Asset Trust, SOH Series
Hartford Mutual Funds, Inc., on behalf of The Hartford Floating Rate Fund by Hartford Investment Management Company, its Sub-Advisor
Highland CDO Opportunity Fund, Ltd.
Highland Credit Opportunities CDO Ltd.
Highland Floating Rate Advantage Fund

Highland Floating Rate LLC
Highland Legacy Limited
Highland Offshore Partners, L.P.
JPMorganChase Bank, N.A.
Jasper CLO, Ltd.
LL Blue Marlin Funding LLC
Liberty CLO, Ltd.
Loan Funding VII, LLC
Merril Lynch Credit Products LLC
Ocean Bank
Quadrangle Master Funding Ltd.
Riversource Floating Rate Fund
Rockwall CDO, Ltd.
Sequils-Centurion V, Ltd.
Silver Oak Capital LLC
Stedman CBNA Loan Funding LLC
The CIT Group/Business Credit, Inc.
The Foothills Group, Inc.
Van Kampen Dynamic Credit Opportunities Fund
Van Kampen Senior Income Trust
Van Kampen Senior Loan Fund
Wells Fargo Bank, N.A.