

**ORDERED in the Southern District of Florida on December 18, 2008.**

                                                                            John K. Olson, Judge
                                                                            United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>                    Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., *ET AL.*,<br><br>                    Plaintiff,<br>        vs.<br><br>CITICORP NORTH AMERICA, INC., *ET AL.*,<br><br>                    Defendants. | **Adv. Pro. No. 08-1435-JKO** |

**ORDER DENYING SENIOR TRANSEASTERN LENDERS' MOTION TO
DISMISS FIRST AMENDED ADVERSARY COMPLAINT**

This matter came before the Court for hearing on December 4, 2008, upon the Senior Transeastern Lenders' Motion to Dismiss the First Amended Adversary Complaint (D.E. 151). The Court has read and considered the Motion and all papers submitted in support of and in opposition thereto, and heard and considered the arguments of counsel. Good cause appearing, it is ORDERED and ADJUDGED:

The Motion is DENIED for the reasons stated in open court and appearing in the transcript of the hearing.

# # #

Submitted by:

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Patricia A. Redmond (Florida Bar No. 303739)
David C. Pollack (Florida Bar No. 362972)
150 West Flagler Street
Miami, FL  33130
Telephone: (305) 789-3553   Facsimile: (305) 789-3395
      -and-
**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
Alan D. Strasser
Michael L. Waldman
Alison C. Barnes
1801 K Street N.W., Suite 411-L, Washington, DC 20006
Telephone: (202) 774-4500   Facsimile: (202) 775-4510
*Fraudulent Conveyance Adversary Proceeding Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*

Copies to:
Patricia A. Redmond
*(Attorney Redmond shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*