CGFD71 (11/18/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Official Committee of Unsecured Creditors of TOUSA v. Citicorp North America, Inc. et al

**Adversary Case Number:** **08–01435–JKO**

(Related Bankruptcy Case Number: 08–10928–JKO )

County of Residence or Place of Business: Fort Lauderdale

# TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on 7/20/09
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number:
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 C or D)

### The Party or Parties Included in the Appeal to District Court:

**Appellant(s):** Senior Transeastern Lenders

**Attorney:** Michael Goldberg
3350 E Las Olas Blvd #1600
Ft Lauderdale, Fl 33301–2229

**Appellee(s):** Official Committee of Unsecured Creditors

**Attorney:** Patricia Redmond
150 W Flagler St #2500
Miami, FL 33130

**Title and Date of Order Appealed:** Order Granting Plaintiff's Motion for Summary Judgment dated 7/8/09

**Entered on Docket Date:** 7/8/09

**Docket Number:** 513

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: 7/6/09 Hearing DE #536
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 9/2/09

**CLERK OF COURT**
By: Maria Cervino
Deputy Clerk   (954) 769–5700