ORDERED in the Southern District of Florida on SEPT. 22, 2009



_____
John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| TOUSA, Inc., *et al.*, | ) | Case No. 08-10928-JKO |
| Debtors. | ) | Jointly Administered |
| Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.*, | ) | |
| | ) | Adv. Proc. No. 08-1435-JKO |
| Plaintiffs, | ) | |
| v. | ) | |
| Citicorp North America, Inc., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION OF CITICORP
NORTH AMERICA, INC., AS REVOLVER AGENT, TO
CONTINUE THE HEARING ON REVOLVER AGENT'S MOTION
(I) TO INTERVENE IN THE ABOVE-CAPTIONED ADVERSARY
PROCEEDING FOR THE LIMITED PURPOSE OF FILING THE
WITHIN MOTION TO STRIKE AND (II) TO STRIKE CERTAIN
ALLEGATIONS FROM THE PROPOSED FINDINGS**

This matter came before the Court on the Consent Motion to Continue Hearing on the Motion of Citicorp North America, Inc., as Revolver Agent, (I) to Intervene in the Above-Captioned Adversary Proceeding for the Limited Purpose of Filing the Within Motion to Strike and (II) to Strike Certain Allegations from the Proposed Findings (the "Motion"; Docket No. 597). Having considered the Motion and being otherwise advised in the premises, it is

ORDERED that:

1. The Motion is granted.

2. The hearing on the Motion of Citicorp North America, Inc., as Revolver Agent, (I) to Intervene in the Above-Captioned Adversary Proceeding for the Limited Purpose of Filing the Within Motion to Strike and (II) to Strike Certain Allegations from the Proposed Findings is continued until October 15, 2009. AT 9:30 A.M., CTRM 301.

# # #

Submitted by:

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br>Thomas J. Hall (*pro hac vice*)<br>Thomas J. McCormack (*pro hac vice*)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-5100<br>(212) 541-5369 (facsimile)<br><br>Attorneys for Citicorp North America, Inc., in its capacity as Administrative Agent for the Revolver and the First Lien Term Loan | SMITH HULSEY & BUSEY<br><br>By: */s/ Allan E. Wulbern*<br>　　Stephen D. Busey<br>　　Allan E. Wulbern<br><br>Florida Bar No. 175511<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>awulbern@smithhulsey.com<br><br>Attorneys for Citicorp North America, Inc., in its capacity as Administrative Agent for the Revolver |