# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITICORP NORTH AMERICA, INC., *et al.*,<br><br>　　　　　Defendants. | Adv. Pro. No. 08-01435 |
| 3V CAPITAL MASTER FUND LTD., *et al.*,<br><br>　　　　　Appellants,<br><br>　v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *et al.*,<br><br>　　　　　Appellee. | |

## NOTICE OF APPEAL OF THE SENIOR TRANSEASTERN LENDERS

October 20, 2009

Certain of the Lenders on the $450,000,000 Credit Agreement dated as of August 1, 2005 (collectively, the "<u>Senior Transeastern Lenders</u>" or the "<u>Appellants</u>"),[1] a group of defendants in the above-referenced jointly administered cases, through undersigned counsel and pursuant to 11 U.S.C. § 158(a), Rule 8001 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida, appeal to the United States District Court for the Southern District of Florida from the *Findings of Fact and Conclusions of Law* (D.E. 658) and the *Final Judgment* (D.E. 659) (collectively, the "<u>Judgment</u>"), entered on October 13, 2009 by the Honorable John K. Olson, United States Bankruptcy Judge for the Southern District of Florida.

The names of all parties to the Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[1] The Senior Transeastern Lenders, for the purpose of this Notice of Appeal, are: 3V Capital Master Fund Ltd.; Atascosa Investments, LLC; Aurum CLO 2002-1 Ltd.; Bank of America, N.A.; Bear Stearns Investment Products Inc.; Burnet Partners, LLC; Centurion CDO 10, Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO XI, Ltd.; Deutsche Bank Trust Company Americas; Distressed High Yield Trading Ops. Fund Ltd.; Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Eaton Vance Senior Debt Portfolio; Eaton Vance Senior Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund; Farallon Capital Institutional Partners II, L.P.; Farallon Capital Institutional Partners III L.P.; Farallon Capital Institutional Partners L.P.; Farallon Capital Offshore Investors II, L.P.; Farallon Capital Offshore Investors, Inc.; Farallon Capital Partners L.P.; Flagship CLO III; Flagship CLO IV; Flagship CLO V; Gleneagles CLO Ltd.; Goldman Sachs Credit Partners, L.P.; Grand Central Asset Trust, CED Series; Grand Central Asset Trust, HLD Series; Grand Central Asset Trust, SOH Series; Hartford Mutual Funds, Inc., on behalf of The Hartford Floating Rate Fund by Hartford Investment Management Company, their Sub-Advisor; Highland CDO Opportunity Fund, Ltd.; Highland Credit Opportunities CDO Ltd.; Highland Floating Rate Advantage Fund; Highland Floating Rate LLC; Highland Legacy Limited; Highland Offshore Partners, L.P.; JPMorgan Chase Bank, N.A.; Jasper CLO, Ltd.; LL Blue Marlin Funding LLC; Liberty CLO, Ltd.; Loan Funding VII, LLC; Merrill Lynch Credit Products LLC; Monarch Master Funding Ltd (f/k/a Quadrangle Master Funding Ltd.); Ocean Bank; Riversource Floating Rate Fund; Rockwall CDO, Ltd.; Sequils-Centurion V, Ltd.; Silver Oak Capital LLC; Stedman CBNA Loan Funding LLC; The Foothills Group, Inc.; Tinicum Partners, L.P.; Van Kampen Dynamic Credit Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; and Wells Fargo Bank, N.A. The CIT Group/Business Credit, Inc., is not a Senior Transeastern Lender for the purpose of this Notice of Appeal.

## LIST OF PARTIES TO THE ORDER

**Counsel for the Official Committee of Unsecured Creditors:**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 W. Flagler St., Suite 2500
Miami, FL 33130
*predmond@swmwas.com*

Lawrence S. Robbins, Esq.
Alan D. Strasser, Esq.
Michael L. Waldman, Esq.
Robbins, Russell, Englert, Orseck, Untereiner & Sauberg, LLP
1801 K. Street, N.W.
Suite 411-L
Washington, DC 20006
*lrobbins@robbinsrussell.com*
*astrasser@robbinsrussell.com*
*mwaldman@robbinsrussell.com*

**Counsel for Deutsche Bank Trust Company Americas, Highland CDO Opportunity Fund, Ltd., Highland Floating Rate Advantage Fund, Highland Floating Rate LLC, Highland Legacy Limited, Highland Offshore Partners, L.P., Jasper CLO, Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd. in their capacity as holders of New Subordinated Notes:**
Ileana A. Cruz, Esq.
Meghan McCurdy, Esq.
David O. Hille, Esq.
White & Case, LLP
1155 Avenue of the Americas
New York, New York 10036
*icruz@whitecase.com*
*mmccurdy@whitecase.com*
*dhille@whitecase.com*

**Counsel for TOUSA, Inc. *et al.*:**
Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
*singerman@bergersingerman.com*

M. Natasha Labovitz, Esq.
Matt Papez, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53 Street
New York, New York 10022-4611
*nlabovitz@kirkland.com*
*mpapez@kirkland.com*

**Counsel for the Senior Transeastern Lenders:**
Dennis F. Dunne, Esq.
Andrew M. LeBlanc, Esq.
Andrew T. Beirne, Esq.
Milbank, Tweed, Hadley, & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
*ddunne@milbank.com*
*aleblanc@milbank.com*
*abeirne@milbank.com*

Michael I. Goldberg, Esq.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Bouelvard
Fort Lauderdale, FL 33301-2229
*michael.goldberg@akerman.com*

2

| | |
|---|---|
| **Counsel for Wells Fargo Bank, N.A. in its Capacity as Administrative Agent for the Second Lien Term Credit Agreement and Individual Lenders Thereunder:** | **Counsel for Citicorp North America, Inc. in its Capacity as Administrative Agent for the First Lien Term Credit Agreement and the Revolver and Individual Lenders Thereunder:** |

Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., #2500
Miami, FL 33131
*sbaena@bilzin.com*
*mkramer@bilzin.com*
*jsnyder@bilzin.com*

Amy D. Harris, Esq.
Harley Edward Riedel, Esq.
Richard Craig Prosser, Esq.
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL 33602
*aharris.ecf@srbp.com*
*hriedel@srbp.com*
*rprosser@srbp.com*

Evan D. Flaschen, Esq.
Gregory W. Nye, Esq.
Richard F. Whiteley, Esq.
Heath A. Novosad, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
*evan.flaschen@bgllp.com*
*gregory.nye@bgllp.com*
*richard.whiteley@bgllp.com*
*heath.novosad@bgllp.com*

Thomas J. Hall, Esq.
Eric Przybylko, Esq.
Joseph H. Smolinksy, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10012
*thall@chadbourne.com*
*eprzybylko@chadbourne.com*
*joseph.smolinksy@weil.com*

**United States Trustee:**
Steven D. Schneiderman, Esq.
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
*Steven.D.Schneiderman@usdoj.gov*

Allan E. Wulbern, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey & Busey
225 Water St., # 1800
Jacksonville, FL 32202
*awulbern@smithhulsey.com*
*sbusey@ smithhulsey.com*

3

**ATTORNEY CERTIFICATION**

I, Michael I. Goldberg here by certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that the attorneys with Milbank, Tweed, Hadley & McCloy, LLP, appearing pro hac vice in this matter, were admitted pursuant to Court Order dated August 27, 2008 as to Andrew W. Leblanc (D.E. 48) and Andrew T. Beirne (D.E. 49); and dated August 28, 2008 as to Dennis F. Dunne (D.E. 53).

          Respectfully submitted,

          MILBANK, TWEED, HADLEY & McCLOY LLP
          Dennis F. Dunne (pro hac vice)
          Andrew M. Leblanc (pro hac vice)
          Andrew T. Beirne (pro hac vice)
          1 Chase Manhattan Plaza
          New York, NY 10005
          Telephone: 212-530-5000
          Facsimile: 212-530-5219

          and

          AKERMAN SENTERFITT
          Las Olas Centre II, Suite 1600
          3350 East Las Olas Boulevard
          Fort Lauderdale, FL 33301-2229
          Telephone: (954) 463-2700
          Facsimile: (954) 463-2224
          Email: michael.goldberg@akerman.com

          By: /s/ Michael I. Goldberg
              Michael I. Goldberg, Esq.
              Florida Bar Number 886602

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 20, 2009, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using CM/ECF.  I also certify that notification of the filing of the foregoing document will be served on all counsel of record via CM/ECF and e-mail as indicated on the attached Service List

                By:  /s/ Michael I. Goldberg
                   Michael I. Goldberg

## SERVICE LIST

Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler St., Suite 2500
Miami, FL  33130
*predmond@swmwas.com*

Michael L. Waldman, Esquire
Robbins, Russell, Englert, Orseck,
Untereiner & Sauberg, LLP
1801 K. Street, N.W.
Suite 411-L
Washington, DC 20006
*mwaldman@robbinsrussell.com*

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
*singerman@bergersingerman.com*

Allan E. Wulbern, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey & Busey
225 Water St., # 1800
Jacksonville, FL  32202
*awulbern@smithhulsey.com*

Amy D. Harris, Esq.
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL  33602
*aharris.ecf@srbp.com*

Joseph H. Smolinsky, Esq.
Eric Przybylko, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10012
*joseph.smolinsky@weil.com*
*eprzybylko@chadbourne.com*

Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., #2500
Miami, FL  33131
*sbaena@bilzin.com*

Gregory W. Nye, Esq.
 Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT  06103
*gregory.nye@bgllp.com*

M. Natasha Labovitz, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53 Street
New York, New York 10022-4611
*nlabovitz@kirkland.com*

Matt Papez, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53 Street
New York, New York 10022-4611
*mpapez@kirkland.com*

Ileana A. Cruz, Esquire
White & Chase, LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, Florida 33131
*icruz@whitecase.com*

Meghan McCurdy, Esquire
David O. Hille, Esquire
White & Case, LLP
1155 Avenue of the Americas
New York, New York 10036
mmccurdy@whitecase.com