# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

In re:                                          Chapter 11 Cases
TOUSA, INC., et al.
                                                Case No. 08-10928-JKO

      Debtors.

_____/              Jointly Administered

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
TOUSA, INC., et al.,

        Plaintiff,

vs.                                             Adv. Pro No. 08-01435-JKO

CITICORP NORTH AMERICA,
INC.; etc, et al.,

      Defendants.

_____/

## NOTICE OF FILING PLAINTIFF'S PROPOSED FINDINGS OF FACT
## AND CONCLUSIONS OF LAW

The Senior Transeastern Lenders, hereby file the attached *Plaintiff's Proposed Findings Of Fact And Conclusions Of Law* submitted by Plaintiff to the Court on September 4, 2009.

## ATTORNEY CERTIFICATION

I, Michael I. Goldberg here by certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that the attorneys with Milbank, Tweed, Hadley & McCloy, LLP, appearing pro hac vice in this matter, were admitted pursuant to Court Order dated August 27, 2008 as to Dennis C. O'Donnell (D.E. 46); David R. Eastlake (D.E. 48); Andrew W. Leblanc (D.E. 48); Andrew T. Beirne (D.E. 49); and dated August 28, 2008 as to Dennis F. Dunne (D.E. 53).

{FT624688;1}

Respectfully submitted,

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Dennis F. Dunne (pro hac vice)
Andrew M. Leblanc (pro hac vice)
Dennis C. O'Donnell (pro hac vice)
Andrew T. Beirne (pro hac vice)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: 212-530-5000
Facsimile: 212-530-5219

and

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
3350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: michael.goldberg@akerman.com


By:   /s/ Michael I. Goldberg
　　　Michael I. Goldberg, Esq.
　　　Florida Bar Number 886602

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2009, I electronically filed the foregoing *Notice of Filing Plaintiff's Proposed Findings Of Fact And Conclusions Of Law* with the Clerk of the Court using CM/ECF. I also certify that notification of the filing of the foregoing document will be served on all counsel of record via CM/ECF and e-mail as indicated on the attached Service List

By: /s/ Michael I. Goldberg
Michael I. Goldberg

3

## SERVICE LIST

Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
 Alhadeff & Sitterson, P.A.
150 W. Flagler St., Suite 2500
Miami, FL  33130
*predmond@swmwas.com*

Michael L. Waldman, Esquire
Robbins, Russell, Englert, Orseck,
Untereiner & Sauberg, LLP
1801 K. Street, N.W.
Suite 411-L
Washington, DC 20006
*mwaldman@robbinsrussell.com*

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
*singerman@bergersingerman.com*

Allan E. Wulbern, Esq.
Stephone D. Busey, Esq.
Smith, Hulsey & Busey
225 Water St., # 1800
Jacksonville, FL  32202
*awulbern@smithhulsey.com*

Amy D. Harris, Esq.
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL  33602
*aharris.ecf@srbp.com*

Joseph H. Smolinsky, Esq.
Eric Przybylko, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10012
*jsmolinsky@chadbourne.com*
*eprzybylko@chadbourne.com*

Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., #2500
Miami, FL  33131
*sbaena@bilzin.com*

Gregory W. Nye, Esq.
 Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT  06103
*gregory.nye@bgllp.com*

M. Natasha Labovitz, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53 Street
New York, New York 10022-4611
*nlabovitz@kirkland.com*

Matt Papez, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53 Street
New York, New York 10022-4611
*mpapez@kirkland.com*

Ileana A. Cruz, Esquire
White & Chase, LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, Florida 33131
*icruz@whitecase.com*

Meghan McCurdy, Esquire
David O. Hille, Esquire
White & Case, LLP
1155 Avenue of the Americas
New York, New York 10036
*mmccurdy@whitecase.com*