## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

|  |  |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>CITICORP NORTH AMERICA, INC., *et al.*,<br><br>Defendants-Appellants. | Adv. Pro. No. 08-01435 |

## AMENDED NOTICE OF APPEAL OF THE SENIOR TRANSEASTERN LENDERS

November 9, 2009

Certain of the Lenders on the $450,000,000 Credit Agreement dated as of

August 1, 2005 (collectively, the "Senior Transeastern Lenders" or the "Appellants"),[1] a

group of Defendants in the above-referenced jointly administered cases, through

undersigned counsel and pursuant to 11 U.S.C. § 158(a), Rule 8001 of the Federal Rules

of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States

Bankruptcy Court for the Southern District of Florida, appeal to the United States District

Court for the Southern District of Florida from the *Amended Findings of Fact and*

*Conclusions of Law* (D.E. 722, which amends and replaces the *Findings of Fact and*

*Conclusions of Law* (D.E. 658)) and the *Amended Final Judgment* (D.E. 721, which

amends and replaces the *Final Judgment* (D.E. 659)) (collectively, the "Amended

---

[1]    The Senior Transeastern Lenders, for the purpose of this Amended Notice of Appeal, are: 3V
Capital Master Fund Ltd.; Atascosa Investments, LLC; Aurum CLO 2002-1 Ltd.; Bank of
America, N.A.; Bear Stearns Investment Products Inc.; Burnet Partners, LLC; Centurion CDO 10,
Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO
VI, Ltd.; Centurion CDO VII, Ltd.; Centurion CDO XI, Ltd.; Deutsche Bank Trust Company
Americas; Distressed High Yield Trading Ops. Fund Ltd.; Eaton Vance Credit Opportunities
Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance
Limited Duration Income Fund; Eaton Vance Senior Debt Portfolio; Eaton Vance Senior Floating-
Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund;
Farallon Capital Institutional Partners II, L.P.; Farallon Capital Institutional Partners III L.P.;
Farallon Capital Institutional Partners L.P.; Farallon Capital Offshore Investors II, L.P.; Farallon
Capital Offshore Investors, Inc.; Farallon Capital Partners L.P.; Flagship CLO III; Flagship CLO
IV; Flagship CLO V; Gleneagles CLO Ltd.; Goldman Sachs Credit Partners, L.P.; Grand Central
Asset Trust, CED Series; Grand Central Asset Trust, HLD Series; Grand Central Asset Trust,
SOH Series; Hartford Mutual Funds, Inc., on behalf of The Hartford Floating Rate Fund by
Hartford Investment Management Company, their Sub-Advisor; Highland CDO Opportunity
Fund, Ltd.; Highland Credit Opportunities CDO Ltd.; Highland Floating Rate Advantage Fund;
Highland Floating Rate LLC; Highland Legacy Limited; Highland Offshore Partners, L.P.;
JPMorgan Chase Bank, N.A.; Jasper CLO, Ltd.; LL Blue Marlin Funding LLC; Liberty CLO,
Ltd.; Loan Funding VII, LLC; Merrill Lynch Credit Products LLC; Monarch Master Funding Ltd
(f/k/a Quadrangle Master Funding Ltd.); Ocean Bank; Riversource Floating Rate Fund; Rockwall
CDO, Ltd.; Sequils-Centurion V, Ltd.; Silver Oak Capital LLC; Stedman CBNA Loan Funding
LLC; The Foothills Group, Inc.; Tinicum Partners, L.P.; Van Kampen Dynamic Credit
Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; and
Wells Fargo Bank, N.A.  The CIT Group/Business Credit, Inc., is not a Senior Transeastern
Lender for the purpose of this Amended Notice of Appeal.

Judgment"), entered on October 30, 2009 by the Honorable John K. Olson, United States

Bankruptcy Judge for the Southern District of Florida.

The Senior Transeastern Lenders previously filed a timely Notice of

Appeal (D.E. 670) on October 20, 2009, appealing from the *Findings of Fact and*

*Conclusions of Law* (D.E. 658) and the *Final Judgment* (D.E. 659) (collectively, the

"Judgment").

The names of all parties to the Amended Judgment appealed from and the

names, addresses and telephone numbers of their respective attorneys are as follows:

### LIST OF PARTIES TO THE ORDER

**Counsel for the Official Committee of Unsecured Creditors:**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler St., Suite 2500
Miami, FL 33130
*predmond@swmwas.com*

Lawrence S. Robbins, Esq.
Alan D. Strasser, Esq.
Michael L. Waldman, Esq.
Robbins, Russell, Englert, Orseck,
Untereiner & Sauberg, LLP
1801 K. Street, N.W.
Suite 411-L
Washington, DC 20006
*lrobbins@robbinsrussell.com*
*astrasser@robbinsrussell.com*
*mwaldman@robbinsrussell.com*

**Counsel for TOUSA, Inc. *et al.*:**
Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
*singerman@bergersingerman.com*

M. Natasha Labovitz, Esq.
Matthew E. Papez, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
*natasha.labovitz@kirkland.com*
*matthew.papez@kirkland.com*

**Counsel For the Senior Transeaster Lenders:**

Dennis F. Dunne, Esq.
Andrew M. Leblanc, Esq.
Andrew T. Beirne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*ddunne@milbank.com*
*aleblanc@milbank.com*
*abeirne@milbank.com*

**Counsel For Wells Fargo Bank, N.A., in its
Capacity as Administrative Agent for the
Second Lien Term Credit Agreement and
Individual Lenders Thereunder:**
Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., #2500
Miami, FL 33131
*sbaena@bilzin.com*
*mkramer@bilzin.com*
*jsnyder@bilzin.com*

Evan D. Flaschen, Esq.
Gregory W. Nye, Esq.
Richard F. Whiteley, Esq.
Heath A. Novosad, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103

Heath A. Novosad, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
*evan.flaschen@bgllp.com*
*gregory.nye@bgllp.com*
*richard.whiteley@bgllp.com*
*heath.novosad@bgllp.com*

**United States Trustee:**
Steven D. Schneiderman, Esq.
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33139
*Steven.D.Schneiderman@usdoj.gov*

Michael I. Goldberg, Esq.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
*michael.goldberg@akerman.com*

***Counsel for Citicorp North America,
Inc. in its Capacity as Administrative
Agent for the First Lien Term Credit
Agreement and the Revolver and
Individual Lenders Thereunder:***
Amy D. Harris, Esq.
Harley Edward Riedel, Esq.
Richard Craig Prosser, Esq.
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL 33602
*aharris.ecf@srbp.com*
*hriedel@srbp.com*
*rprossser@srbp.com*

Thomas J. Hall, Esq.
Eric J. Przybylko, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10012
*thall@chadbourne.com*
*eprzybylko@chadbourne.com*

Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Joseph.smolinsky@weil.com*

Allen E. Wulbern, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey & Busey
225 Water St., # 1800
Jacksonville, FL 32202
*awulbern@smithhulsey.com*
*sbusey@smithhulsey.com*

3

## ATTORNEY CERTIFICATION

I, Michael I. Goldberg here by certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that the attorneys with Milbank, Tweed, Hadley & McCloy, LLP, appearing pro hac vice in this matter, were admitted pursuant to Court Order dated August 27, 2008 as to Andrew M. Leblanc (D.E. 48) and Andrew T. Beirne (D.E. 49); and dated August 28, 2008 as to Dennis F. Dunne (D.E. 53).

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne (pro hac vice)
Andrew M. Leblanc (pro hac vice)
Andrew T. Beirne (pro hac vice)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: 212-530-5000
Facsimile: 212-530-5219

and

AKERMAN SENTERFITT
Las Olas Centre II, Suite 1600
3350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: michael.goldberg@akerman.com


By: /s/ Michael I. Goldberg
    Michael I. Goldberg, Esq.
    Florida Bar Number 886602

4

## <u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on November 9, 2009, I electronically filed the foregoing *Amended Notice of Appeal* with the Clerk of the Court using CM/ECF. I also certify that notification of the filing of the foregoing document will be served on all counsel of record via CM/ECF and e-mail as indicated on the attached Service List

By:   /s/ Michael I. Goldberg
Michael I. Goldberg

## SERVICE LIST

Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler St., Suite 2500
Miami, FL  33130
*predmond@swmwas.com*


Michael L. Waldman, Esq.
Robbins, Russell, Englert, Orseck,
 Untereiner & Sauberg, LLP
1801 K Street, N.W. – Suite 411-L
Washington, D.C.  20006
*mwaldman@robbinsrussell.com*

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
*singerman@bergersingerman.com*


Allan E. Wulbern, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey & Busey
225 Water St., # 1800
Jacksonville, FL  32202
*awulbern@smithhulsey.com*


Amy D. Harris, Esq.
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL  33602
*aharris.ecf@srbp.com*


Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
*joseph.smolinsky@weil.com*


Thomas J. Hall, Esq.
Eric J. Przybylko, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY  10012
*thall@chadbourne.com*
*eprzybylko@chadbourne.com*


Scott L. Baena, Esq.
Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price &
 Axelrod LLP
200 S. Biscayne Blvd., #2500
Miami, FL  33131
*sbaena@bilzin.com*


Gregory W. Nye, Esq.
Richard Whiteley, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT  06103
*gregory.nye@bgllp.com*
*richard.whiteley@bgllp.com*


M. Natasha Labovitz, Esq.
Matthew E. Papez, Esq.
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
*natasha.labovitz@kirkland.com*
*matthew.papez@kirkland.com*