UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

———————————————————x
In re:                                              : Chapter 11 Cases
                                                    :
TOUSA, INC., *et al.*,                              : Case No. 08-10928-JKO
                        Debtors.                    :
                                                    : Jointly Administered
———————————————————
                                                    :
OFFICIAL COMMITTEE OF UNSECURED                     :
CREDITORS OF TOUSA, INC., *et al.*,                 :
                                                    :
                        Plaintiff,                  : Adv. Pro. No. 08-01435
         vs.                                        :
                                                    :
CITICORP NORTH AMERICA, INC., *et al.*,             :
                                                    :
                        Defendants.                 :
———————————————————x
CITICORP NORTH AMERICA, INC.,                       :
                                                    :
                        Third-Party Plaintiff,      :
         vs.                                        :
                                                    :
TOUSA, INC., TOUSA HOMES, L.P., ENGLE               :
HOMES COMMERCIAL CONSTRUCTION, LLC,                 :
ENGLE HOMES DELAWARE, INC., ENGLE                   :
HOMES RESIDENTIAL CONSTRUCTION, L.L.C.,             :
ENGLE SIERRA VERDE P4, LLC, ENGLE/JAMES             :
LLC, LB/TE #1, LLC, LORTON SOUTH                    :
CONDOMINIUM, LLC, MCKAY LANDING LLC,                :
NEWMARK HOMES BUSINESS TRUST,                       :
NEWMARK HOMES PURCHASING, L.P.,                     :
NEWMARK HOMES, L.L.C., NEWMARK HOMES,               :
L.P., PREFERRED BUILDERS REALTY, INC.,              :
REFLECTION KEY, LLC, SILVERLAKE                     :
INTERESTS, L.L.C., TOI, LLC, TOUSA                  :
ASSOCIATES SERVICES COMPANY, TOUSA                  :
DELAWARE, INC., TOUSA FUNDING, LLC,                 :
TOUSA HOMES ARIZONA, LLC, TOUSA HOMES               :
COLORADO, LLC, TOUSA HOMES FLORIDA,                 :
L.P., TOUSA HOMES INVESTMENT #1, INC.,              :

TOUSA HOMES INVESTMENT #2, INC., TOUSA :
HOMES INVESTMENT #2, LLC, TOUSA HOMES :
MID-ATLANTIC HOLDING, LLC, TOUSA :
HOMES MID-ATLANTIC, LLC, TOUSA HOMES :
NEVADA, LLC, TOUSA HOMES, INC., TOUSA :
INVESTMENT #2, INC., TOUSA MID-ATLANTIC :
INVESTMENT, LLC, TOUSA REALTY, INC., :
TOUSA, LLC, and TOUSA/WEST HOLDINGS, :
INC., :
:
                Third-Party Defendants. :
————————————————————x

## NOTICE OF APPEAL

Citicorp North America, Inc., in its capacity as Administrative Agent to the First Lien Term Loan, and certain Lenders thereon,[1] hereby appeal pursuant to 28 U.S.C. § 158(a), Federal Rule of Bankruptcy Procedure 8001, and Local Rule 8001-1, to the United States District Court for the Southern District of Florida from the Amended Final Judgment, D.E. #721 (attached hereto as Exhibit A), entered by the United States

---

[1] The First Lien Term Loan Lender parties to this motion are Bank of America, N.A.; JPMorgan Chase Bank, N.A.; CFIP Master Fund, Ltd.; CGDO, LLC (as agent for Chilton Global Credit Opportunities Master Fund LP); Fidelity REOI Cayman Ltd.; Fidelity Fixed Income Trust: Fidelity Strategic Real Return Fund; The Foothill Group, Inc.; Goldman Sachs Credit Partners L.P.; Grand Central Asset Trust, Gaia Series; Grand Central Asset Trust, SIL Series; HBK Master Fund L.P.; Investment CBNA Loan Funding LLC; JP Morgan Whitefriars Inc.; Merrill Lynch Pierce, Fenner & Smith Incorporated; Monarch Master Funding Ltd. f/k/a Quadrangle Master Funding Ltd.; Perry Principals, L.L.C.; Promethean I Master, Ltd.; Royal Bank of Canada; Taconic Capital Partners 1.5 L.P.; Taconic Opportunity Fund L.P.; Trilogy Portfolio Company, LLC; Morgan Stanley Senior Funding, Inc.; Van Kampen Dynamic Credit Opportunities Fund; Van Kampen Senior Income Trust; Van Kampen Senior Loan Fund; WCP Real Estate Strategies Fund; WCP Real Estate Strategies Fund (Cayman), L.P.; and Westport Capital Partners LLC.

2

Bankruptcy Court for the Southern District of Florida pursuant to Federal Rule of Bankruptcy Procedure 7054 on October 30, 2009.

The parties to the order appealed from and the names and addresses of their respective attorneys are:

1. <u>Counsel for Appellant Citicorp North America, Inc. and the First Lien Term Loan Lender Appellants</u>:

    Richard Craig Prosser, Esq.
    Harley Edward Riedel, Esq.
    Amy D. Harris, Esq.
    Edward Peterson, Esq.
    STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
    110 East Madison Street, Suite 200
    Tampa, Florida 33602-4718
    Telephone: 813.229.0144
    Facsimile: 813.229.1811
    rprosser@srbp.com
    hriedel@srbp.com
    aharris.ecf@srbp.com
    epeterson@srbp.com

    Thomas J. Hall, Esq.
    Thomas J. McCormack, Esq.
    Seven R. Rivera, Esq.
    CHADBOURNE & PARKE LLP
    30 Rockefeller Plaza
    New York, New York 10112
    Telephone: 212.408.5100
    Facsimile: 212.541.5369
    thall@chadbourne.com
    tmccormack@chadbourne.com
    srivera@chadbourne.com

2. <u>Counsel for Appellee Official Committee of Unsecured Creditors of TOUSA, Inc.</u>:

    Patricia A. Redmond, Esq.
    David C. Pollack, Esq.
    STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
    150 W. Flagler Street, Suite 2200
    Miami, Florida 33130
    Telephone: 305.789.3200

Facsimile: 305.789.3395
predmond@swmwas.com
dpollack@swmwas.com

Lawrence S. Robbins, Esq.
Alan D. Strasser, Esq.
Michael L. Waldman, Esq.
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, Suite 411-L
Washington, D.C. 20006
Telephone: 202.775.4500
Facsimile: 202.775.4510
lrobbins@robbinsrussell.com
astrasser@robbinsrussell.com
mwaldman@robbinsrussell.com

3.  Counsel for Appellees Tousa, Inc., Tousa Homes, L.P., Engle Homes Commercial Construction, LLC, Engle Homes Delaware, Inc., Engle Homes Residential Construction, L.L.C., Engle Sierra Verde P4, LLC, Engle/James LLC, LB/TE #1, LLC, Lorton South Condominium, LLC, McKay Landing LLC, Newmark Homes Business Trust, Newmark Homes Purchasing, L.P., Newmark Homes, L.L.C., Newmark Homes, L.P., Preferred Builders Realty, Inc., Reflection Key, LLC, Silverlake Interests, L.L.C., TOI, LLC, Tousa Associates Services Company, Tousa Delaware, Inc., Tousa Funding, LLC, Tousa Homes Arizona, LLC, Tousa Homes Colorado, LLC, Tousa Homes Florida, L.P., Tousa Homes Investment #1, Inc., Tousa Homes Investment #2, Inc., Tousa Homes Investment #2, LLC, Tousa Homes Mid-Atlantic Holding, LLC, Tousa Homes Mid-Atlantic, LLC, Tousa Homes Nevada, LLC, Tousa Homes, Inc., Tousa Investment #2, Inc., Tousa Mid-Atlantic Investment, LLC, Tousa Realty, Inc., Tousa, LLC, and Tousa/West Holdings, Inc.:

Richard M. Cieri
Paul M. Basta
M. Natasha Labovitz
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
Telephone: 212.446.4800
Facsimile: 212.446.4900
rcieri@kirkland.com
pbasta@kirkland.com
nlabovitz@kirkland.com

Daniel T. Donovan
Matthew E. Papez
Jeffrey S. Powell

4

KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Telephone: 202.879.5000
Facsimile: 202.879.5200
ddonovan@kirkland.com
mpapez@kirkland.com
jpowell@kirkland.com

Paul Steven Singerman
BERGER SINGERMAN, P.A.
200 South Biscayne Boulevard
Suite 1000
Miami, FL 33131
Telephone: 305.775.9500
singerman@bergersingerman.com

## STICHTER, RIEDEL, BLAIN & PROSSER, P.A.

By: /s/ Richard Craig Prosser
Harley Edward Riedel (183628)
Richard Craig Prosser (354831)
Amy Denton Harris (0634506)
110 East Madison Street, Suite 200
Tampa, Florida 33602-4718
Telephone: 813.229.0144
Facsimile: 813.229.1811

## CHADBOURNE & PARKE LLP

Thomas J. Hall (admitted *pro hac vice*)
Thomas J. McCormack (admitted *pro hac vice*)
Seven R. Rivera (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212.408.5100
Facsimile: 212.541.5369

*Attorneys for First Lien Term Loan Agent Citicorp North America, Inc. and certain First Lien Term Loan Lenders*

November 9, 2009

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 2090-1(A)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Amy D. Harris
Attorney

# Exhibit A



**ORDERED in the Southern District of Florida on October 30, 2009.**

John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>TOUSA, INC., *ET AL.*,<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *ET AL.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CITICORP NORTH AMERICA, INC., *ET AL.*,<br><br>Defendants. | **Adv. Pro. No. 08-1435-JKO** |

**AMENDED[1] FINAL JUDGMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7054, judgment is hereby entered in favor

---

[1] This amends and replaces Docket No. 659 signed October 13, 2009.

of Plaintiff the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.,* and against Defendants Citicorp North America, Inc., *et al.,* as follows:

1. Pursuant to 11 U.S.C. §§ 544 and 548 and under applicable New York and Florida fraudulent transfer law, (a) all obligations of the Conveying Subsidiaries to the First and Second Lien Lenders arising from the July 31 Transaction; (b) all claims of the First and Second Lien Lenders asserted or assertable against the Conveying Subsidiaries, and (c) all liens granted by the Conveying Subsidiaries to secure such obligations and claims, are hereby **AVOIDED** and all such claims are **DISALLOWED**.

2. Pursuant to 11 U.S.C. § 550 and under applicable New York and Florida fraudulent transfer law, the First and Second Lien Lenders shall **DISGORGE** to the Conveying Subsidiaries' estates any and all principal, interest, costs, expenses and other fees or amounts paid to, for the benefit of, or on behalf of, the First and Second Lien Lenders or in respect of the First and Second Lien Lenders' asserted claims or obligations against the Conveying Subsidiaries' estates (collectively, the "Disgorged Payments"). All Disgorged Payments shall be wired into the Disgorgement Account on or before **November 9, 2009.** For the avoidance of doubt, the Disgorged Payments shall include, but not be limited to, any and all (a) fees and expenses paid to, for the benefit of, or on behalf of, the First and Second Lien Lenders' respective counsel and advisors, pursuant to the First and Second Lien Term Loan Agreements, and (b) payments to, for the benefit of, or on behalf of, the First and Second Lien Lenders pursuant to the Interim DIP Order, the First Cash Collateral Order, the Second Interim Cash Collateral Order, the Final Second Cash Collateral Order, the Third Cash Collateral Order (each as defined in the Fourth Cash Collateral Order (as defined below)), and the Fourth Interim Order (i) Authorizing Limited Use of Cash Collateral

2

Pursuant to Sections 105, 361 and 363 of the Bankruptcy Code, (ii) Granting Replacement Liens, Adequate Protection and Super Priority Administrative Expense Priority to Secured Lenders (the "Fourth Cash Collateral Order") and together with the Interim DIP Order, the First Cash Collateral Order, the Second Interim Cash Collateral Order, the Final Second Cash Collateral Order, the Third Cash Collateral Order (the "Cash Collateral Orders").

3. Pursuant to 11 U.S.C. § 550 and under applicable New York and Florida fraudulent transfer law, the Senior Transeastern Lenders shall **DISGORGE** to the Conveying Subsidiaries' estates $403 million in principal amount (the "Senior Transeastern Disgorged Funds") by or on behalf of the Senior Transeastern Lenders, plus prejudgment interest, with such amounts to be wired into the Disgorgement Account on or before **November 9, 2009.** The Senior Transeastern Lenders also shall disgorge prejudgment interest on the Senior Transeastern Disgorged Funds at the rate of the 9% per year, simple interest, for the period between July 31, 2007 and October 13, 2009.

4. Pursuant to 11 U.S.C. § 550 and under applicable New York and Florida fraudulent transfer law, upon a further determination by the Court of the diminution in value of the Conveying Subsidiaries' property between July 31, 2007 and October 13, 2009, the Senior Transeastern Disgorged Funds shall be distributed first to the Conveying Subsidiaries on account of (a) transaction costs incurred in connection with the consummation of the July 31 Transaction; (b) the costs incurred by the Debtors and the Committee in connection with prosecuting this adversary proceeding, including fees and expenses paid to attorneys, advisors, and experts; and (c) the diminution in the value of the liens between July 31, 2007 and October 13, 2009; with any remaining funds to be distributed to the First and Second Lien Lenders.

5. For the purposes of permitting estimation of the diminution in value of the liens

3

between July 31, 2007 and October 13, 2009, the Court **DIRECTS** the Debtors to produce, on or before **November 12, 2009,** an accounting of the value of the remaining assets of the Conveying Subsidiaries that were subject to the avoided liens.

6. The Senior Transeastern Lenders may file a proof of claim against TOUSA Inc. and TOUSA Homes L.P.; provided, however, that such proof of claim must be filed on or before **November 13, 2009** and, if timely filed, such claim shall be allowed or disallowed in connection with the Debtors' ongoing Chapter 11 cases. Copies of each such proof of claim shall be simultaneously served on counsel for the Debtors and counsel for the Committee.

7. Pursuant to 11 U.S.C. § 547(b), all liens granted to the First and Second Lien Lenders by the Conveying Subsidiaries, TOUSA Inc. and TOUSA Homes LP on the federal tax refund of $207.3 million are hereby **AVOIDED**. All funds paid to the First Lien Lenders from such tax refund shall be **DISGORGED** to the Debtors, together with interest at the rate of 9% per year, simple interest, for the period between the date of payment and October 13, 2009.

8. Defendants' Daubert motions seeking to exclude the testimony of Charles Hewlett and William Derrough are **DENIED**.

9. The Court will conduct a status conference in this adversary proceeding on Monday, November 9, 2009, at 1:30 a.m. in Courtroom 301, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

10. Costs in favor of Plaintiff may be taxed in accordance with Federal Rule of Bankruptcy Procedure 7054(b).

###