# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>TOUSA, INC., et al.<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO |
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., *ET AL.*<br><br>Plaintiff<br><br>vs.<br><br>CITICORP NORTH AMERICA, INC.; *ET AL.*,<br><br>Defendants. | Jointly Administered<br><br>Adv. Pro. No. 08-1435-JKO |

## AMENDED NOTICE OF APPEAL OF THE SECOND LIEN AGENT AND LENDERS

Pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, Defendants Wells Fargo Bank, N.A., as successor administrative agent pursuant to the Second Lien Term Loan Credit Agreement dated as of July 31, 2007 (in its capacity as such, the "**Second Lien Agent**"), together with certain Second Lien Lenders[1], by and through their undersigned

---

[1] The "Second Lien Lenders" are AIG Annuity Insurance Company; Alexandra Global Master Fund, Ltd.; American General Life Insurance Company; American International Group, Inc.; Avenue Investments LP; Citibank, NA; Citicorp North America, Inc.; Deutsche Bank AG, New York Branch; Goldman Sachs Credit Partners LP; HBK Master Fund LP; JPMorgan Chase Bank, N.A.; Longacre Capital Partners QP, LP; Longacre Master Fund LTD; M.D. Sass Re/Enterprise Portfolio Company, L.P.; Merrill Lynch Pierce Fenner & Smith Inc.; Monarch Master Funding Ltd.; Morgan Stanley Senior Funding, Inc.; Q Funding III, LP; Quadrangle Master Funding LTD n/k/a Monarch Master Funding Ltd; Stonehill Institutional Partners LP; SunAmerica Income Funds – SunAmerica High Yield Bond Fund; SunAmerica Series Trust – High Yield Bond Portfolio; The Master Trust Bank of Japan, Ltd.; The Variable Annuity Life Insurance Company; Third Point Loan LLC; Trilogy Portfolio Company LLC; and VALIC Company II High Yield Bond Fund, in their capacities as lenders under the Second Lien Term Loan Credit Agreement, dated as of July 31, 2007.

counsel, hereby give notice of appeal to the United States District Court for the Southern District of Florida from the Amended Final Judgment of the United States Bankruptcy Court for the Southern District of Florida (Olson, J.) entitled "Amended Final Judgment" dated and docketed in this adversary proceeding on the 30th day of October, 2009 (the "**Amended Final Judgment**", Docket No. 721)[2] and attached hereto as Exhibit A.

The names of the parties to the Amended Final Judgment appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Plaintiffs:**
Official Committee of Unsecured Creditors of TOUSA, Inc.

and

TOUSA, Inc., *et al*.

**Plaintiffs' Counsel:**
Counsel for the Official Committee of Unsecured Creditors
Patricia A. Redmond
David C. Pollack
Stearns Weaver Miller Weissler
150 West Flagler Street
Miami, Florida 33130
predmond@swmwas.com
dpollack@swmwas.com

Michael Waldman
Alan Strasser
Lawrence Robbins
Robbins Russell Englert Orseck Untereiner & Sauber LLP
1801 K Street, NW, Suite 411
Washington, DC 20015
mwaldman@robbinsrussell.com

**Defendants:**
Wells Fargo Bank, N.A. in its capacity as successor administrative agent under that certain Second Lien Term Loan Credit Agreement, dated as of July 31, 2007

and

Alexandra Global Master Fund, Ltd.; American General Life Insurance Company; American International Group, Inc.; Avenue Investments LP; Citibank, NA; Citicorp North America, Inc.; Deutsche Bank AG, New York Branch; Goldman Sachs Credit Partners LP; HBK Master Fund LP; JPMorgan Chase Bank, N.A.; Longacre Capital Partners QP, LP; Longacre Master Fund LTD; M.D. Sass Re/Enterprise Portfolio Company, L.P.; Merrill Lynch Pierce Fenner & Smith Inc.; Monarch Master Funding Ltd.; Q Funding III, LP; Morgan Stanley Senior Funding, Inc.; Quadrangle Master Funding LTD n/k/a Monarch Master Funding Ltd; Stonehill Institutional Partners LP; SunAmerica Income Funds – SunAmerica High Yield Bond Fund; SunAmerica Series Trust – High Yield Bond Portfolio; The Master Trust Bank of Japan,

---

[2] The Amended Final Judgment served to replace the Final Judgment entered on October 13, 2009 [D.E. 659]. The Amended Final Judgment is based on the Amended Findings of Fact and Conclusions of Law entered on October 30, 2009 [D.E. 722], which replaced the Findings of Fact and Conclusions of Law entered on October 13, 2009 [D.E. 658].

astrasser@robbinsrussell.com
lrobbins@robbinsrussell.com

Counsel for TOUSA, Inc., et al.
Paul Steven Singerman
Berger Singerman, P.A.
200 Biscayne Boulevard, Suite 1000
Miami, FL 33131
singerman@bergersingerman.com

M. Natasha Labovitz
Matthew E. Papez
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
mpapez@kirkland.com
nlabovitz@kirkland.com

Ltd.; The Variable Annuity Life Insurance Company; Third Point Loan LLC; Trilogy Portfolio Company LLC; and VALIC Company II High Yield Bond Fund, in their capacities as lenders under that certain Second Lien Term Loan Credit Agreement, dated as of July 31, 2007

**Defendants' Counsel:**
Counsel for Wells Fargo Bank, N.A.
Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price & Axelrod
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
sbaena@bilzin.com

Gregory W. Nye, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
gregory.nye@bgllp.com

Counsel for Alexandra Global Master Fund, Ltd.; American General Life Insurance Company; American International Group, Inc.; Avenue Investments LP; Citibank, NA; Citicorp North America, Inc.; Deutsche Bank AG, New York Branch; Goldman Sachs Credit Partners LP; HBK Master Fund LP; JPMorgan Chase Bank, N.A.; Longacre Capital Partners QP, LP; Longacre Master Fund LTD; M.D. Sass Re/Enterprise Portfolio Company, L.P.; Merrill Lynch Pierce Fenner & Smith Inc.; Monarch Master Funding Ltd.; Q Funding III, LP; Quadrangle Master Funding LTD n/k/a Monarch Master Funding Ltd; Stonehill Institutional Partners LP; SunAmerica Income Funds – SunAmerica High Yield Bond Fund; SunAmerica Series Trust – High Yield Bond Portfolio; The Master Trust Bank of Japan, Ltd.; The Variable Annuity Life Insurance Company; Third Point Loan LLC; Trilogy Portfolio Company LLC; and VALIC

<u>Company II High Yield Bond Fund</u>

Evan D. Flaschen, Esq.
Gregory W. Nye, Esq.
Richard F. Whiteley, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
evan.flaschen@bgllp.com

<u>Counsel for Alexandra Global Master Fund,
Ltd.; Avenue Investments LP; Citibank, NA;
Citicorp North America, Inc.; Deutsche Bank
AG, New York Branch; Goldman Sachs Credit
Partners LP; HBK Master Fund LP; JPMorgan
Chase Bank, N.A.; Longacre Capital Partners
QP, LP; Longacre Master Fund LTD; M.D.
Sass Re/Enterprise Portfolio Company, L.P.;
Merrill Lynch Pierce Fenner & Smith Inc.;
Monarch Master Funding Ltd.; Q Funding III,
LP; Quadrangle Master Funding LTD n/k/a
Monarch Master Funding Ltd; Stonehill
Institutional Partners LP; Third Point Loan
LLC; and Trilogy Portfolio Company LLC</u>

David M. Levine, Esq.
Lawrence A. Kellogg, Esq.
Jeffrey C. Schneider, Esq.
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
dml@tewlaw.com

<u>Counsel for Morgan Stanley Senior Funding,
Inc.</u>

Jordan W. Siev, Esq.
Edward J. Estrada, Esq.
John L. Scott, Jr., Esq.
Reed Smith LLP
559 Lexington Avenue, 22nd Floor
New York, NY 10022
jsiev@reedsmith.com

## ATTORNEY CERTIFICATION

I, Jeffrey I. Snyder hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that the attorneys with Bracewell & Giuliani LLP, appearing pro hac vice in this matter, were admitted pursuant to Court Order dated February 12, 2008 as to Evan D. Flaschen (D.E. 178); Gregory W. Nye (D.E. 180) and Court Order dated July 15, 2008 as to Richard F. Whiteley (D.E. 1389)

Respectfully Submitted,

/s/ Jeffrey I. Snyder
BILZIN SUMBERG BAENA PRICE & AXELROD

Scott L. Baena, Esq. (Florida Bar No. 186445)
Matthew I. Kramer, Esq. (Florida Bar No. 0937231)
Jeffrey I. Snyder, Esq. (Florida Bar No. 21281)
Bilzin Sumberg Baena Price & Axelrod
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 350-7245
Facsimile: (305) 374-7593

and

BRACEWELL & GIULIANI LLP

Evan D. Flaschen (pro hac vice)
Gregory W. Nye (pro hac vice)
Richard F. Whiteley (pro hac vice)

Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 947-9000
Facsimile: (860) 760-6789

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 9, 2009, I electronically filed the foregoing **Amended Notice of Appeal** with the Clerk of the Court using CM/ECF.  I also certify that notification of the filing of the foregoing document will be served on all counsel of record via CM/ECF and electronic mail as indicated on the attached service list.

*/s/ Jeffrey I. Snyder*

**SERVICE LIST**

| | |
|---|---|
| **Counsel to the Debtors**<br>Richard M. Cieri<br>Paul M. Basta<br>M. Natasha Labovitz<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>rcieri@kirkland.com<br>pbasta@kirkland.com<br>nlabovitz@kirkland.com<br><br>Jeffrey S. Powell<br>Daniel T. Donovan<br>Matthew E. Papez<br>Kirkland & Ellis LLP<br>655 East 15th Street, N.W.<br>Washington, D.C. 20005<br>jpowell@kirkland.com<br>ddonovan@kirkland.com<br>mpapez@kirkland.com<br><br>Paul Steven Singerman<br>Berger Singerman, P.A.<br>200 Biscayne Boulevard, Suite 1000<br>Miami, FL 33131<br>singerman@bergersingerman.com | **Counsel to the Official Committee of Unsecured Creditors**<br>Patricia A. Redmond<br>David C. Pollack<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>150 West Flagler Street<br>Miami, Florida 33130<br>predmond@swmwas.com<br>dpollack@swmwas.com<br><br>Michael Waldman<br>Alan Strasser<br>Lawrence Robbins<br>Robbins Russell Englert Orseck Untereiner & Sauber LLP<br>1801 K Street, NW, Suite 411<br>Washington, DC 20015<br>mwaldman@robbinsrussell.com<br>astrasser@robbinsrussell.com<br>lrobbins@robbinsrussell.com |
| **Counsel to the Second Lien Term Loan Lenders**<br><br>David M. Levine<br>Lawrence A. Kellogg<br>Jeffrey C. Schneider<br>TEW CARDENAS LLP<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131<br>Telephone: (305) 536-1112<br>Facsimile: (305) 536-1116<br>dml@tewlaw.com<br>lak@tewlaw.com<br>jcs@tewlaw.com | **Counsel for Morgan Stanley Senior Funding, Inc.**<br><br>Jordan W. Siev, Esq.<br>Edward J. Estrada, Esq.<br>John L. Scott, Jr., Esq.<br>Reed Smith LLP<br>559 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>jsiev@reedsmith.com |

| | |
|---|---|
| **United States Trustee:**<br>Steven D. Schneiderman<br>Office of the U.S. Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, FL 33130<br>Telephone: (305) 536-7285<br>Facsimile: (305) 536-7360<br>Steven.D.Schneiderman@usdoj.gov | |

_/s/ Jeffrey I Snyder_____
Jeffrey I. Synder

# EXHIBIT A



**ORDERED in the Southern District of Florida on October 30, 2009.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>TOUSA, INC., *ET AL.*,<br><br>                    Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TOUSA, INC., *ET AL.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITICORP NORTH AMERICA, INC., *ET AL.*,<br><br>                    Defendants. | **Adv. Pro. No. 08-1435-JKO** |

### AMENDED[1] FINAL JUDGMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7054, judgment is hereby entered in favor

---

[1] This amends and replaces Docket No. 659 signed October 13, 2009.

of Plaintiff the Official Committee of Unsecured Creditors of TOUSA, Inc., *et al.,* and against Defendants Citicorp North America, Inc., *et al.,* as follows:

1.      Pursuant to 11 U.S.C. §§ 544 and 548 and under applicable New York and Florida fraudulent transfer law, (a) all obligations of the Conveying Subsidiaries to the First and Second Lien Lenders arising from the July 31 Transaction; (b) all claims of the First and Second Lien Lenders asserted or assertable against the Conveying Subsidiaries, and (c) all liens granted by the Conveying Subsidiaries to secure such obligations and claims, are hereby **AVOIDED** and all such claims are **DISALLOWED**.

2.      Pursuant to 11 U.S.C. § 550 and under applicable New York and Florida fraudulent transfer law, the First and Second Lien Lenders shall **DISGORGE** to the Conveying Subsidiaries' estates any and all principal, interest, costs, expenses and other fees or amounts paid to, for the benefit of, or on behalf of, the First and Second Lien Lenders or in respect of the First and Second Lien Lenders' asserted claims or obligations against the Conveying Subsidiaries' estates (collectively, the "Disgorged Payments"). All Disgorged Payments shall be wired into the Disgorgement Account on or before **November 9, 2009.** For the avoidance of doubt, the Disgorged Payments shall include, but not be limited to, any and all (a) fees and expenses paid to, for the benefit of, or on behalf of, the First and Second Lien Lenders' respective counsel and advisors, pursuant to the First and Second Lien Term Loan Agreements, and (b) payments to, for the benefit of, or on behalf of, the First and Second Lien Lenders pursuant to the Interim DIP Order, the First Cash Collateral Order, the Second Interim Cash Collateral Order, the Final Second Cash Collateral Order, the Third Cash Collateral Order (each as defined in the Fourth Cash Collateral Order (as defined below)), and the Fourth Interim Order (i) Authorizing Limited Use of Cash Collateral

2

Pursuant to Sections 105, 361 and 363 of the Bankruptcy Code, (ii) Granting Replacement Liens, Adequate Protection and Super Priority Administrative Expense Priority to Secured Lenders (the "Fourth Cash Collateral Order") and together with the Interim DIP Order, the First Cash Collateral Order, the Second Interim Cash Collateral Order, the Final Second Cash Collateral Order, the Third Cash Collateral Order (the "Cash Collateral Orders").

3.      Pursuant to 11 U.S.C. § 550 and under applicable New York and Florida fraudulent transfer law, the Senior Transeastern Lenders shall **DISGORGE** to the Conveying Subsidiaries' estates $403 million in principal amount (the "Senior Transeastern Disgorged Funds") by or on behalf of the Senior Transeastern Lenders, plus prejudgment interest, with such amounts to be wired into the Disgorgement Account on or before **November 9, 2009.** The Senior Transeastern Lenders also shall disgorge prejudgment interest on the Senior Transeastern Disgorged Funds at the rate of the 9% per year, simple interest, for the period between July 31, 2007 and October 13, 2009.

4.      Pursuant to 11 U.S.C. § 550 and under applicable New York and Florida fraudulent transfer law, upon a further determination by the Court of the diminution in value of the Conveying Subsidiaries' property between July 31, 2007 and October 13, 2009, the Senior Transeastern Disgorged Funds shall be distributed first to the Conveying Subsidiaries on account of (a) transaction costs incurred in connection with the consummation of the July 31 Transaction; (b) the costs incurred by the Debtors and the Committee in connection with prosecuting this adversary proceeding, including fees and expenses paid to attorneys, advisors, and experts; and (c) the diminution in the value of the liens between July 31, 2007 and October 13, 2009; with any remaining funds to be distributed to the First and Second Lien Lenders.

5.      For the purposes of permitting estimation of the diminution in value of the liens

3

between July 31, 2007 and October 13, 2009, the Court **DIRECTS** the Debtors to produce, on or before **November 12, 2009**, an accounting of the value of the remaining assets of the Conveying Subsidiaries that were subject to the avoided liens.

6.    The Senior Transeastern Lenders may file a proof of claim against TOUSA Inc. and TOUSA Homes L.P.; provided, however, that such proof of claim must be filed on or before **November 13, 2009** and, if timely filed, such claim shall be allowed or disallowed in connection with the Debtors' ongoing Chapter 11 cases. Copies of each such proof of claim shall be simultaneously served on counsel for the Debtors and counsel for the Committee.

7.    Pursuant to 11 U.S.C. § 547(b), all liens granted to the First and Second Lien Lenders

by the Conveying Subsidiaries, TOUSA Inc. and TOUSA Homes LP on the federal tax refund of $207.3 million are hereby **AVOIDED**. All funds paid to the First Lien Lenders from such tax refund shall be **DISGORGED** to the Debtors, together with interest at the rate of 9% per year, simple interest, for the period between the date of payment and October 13, 2009.

8.    Defendants' Daubert motions seeking to exclude the testimony of Charles Hewlett and William Derrough are **DENIED**.

9.    The Court will conduct a status conference in this adversary proceeding on Monday, November 9, 2009, at 1:30 a.m. in Courtroom 301, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

10.   Costs in favor of Plaintiff may be taxed in accordance with Federal Rule of Bankruptcy Procedure 7054(b).

###