UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

FILED BY _____ DC
_____ DC

09 DEC 22 PM 3: 5,

CLERK
U.S. BANKRUPTCY CT
SD OF FLA.
MIA. OFFICE

In re:

TOUSA, INC., *et al.*,

      Debtors.

_____/

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
TOUSA, INC., *et al.*,

      Plaintiff,

vs.

CITICORP NORTH AMERICA,
INC.; etc, *et al.*,

      Defendants.

_____/

Chapter 11 Cases

Case No. 08-10928-JKO
*Jointly Administered*

Adv. Pro No. 08-01435-JKO

**NOTICE OF FILING SURETY BOND
IN COMPLIANCE WITH THE
ORDER ON MOTIONS FOR STAY PENDING APPEAL (D.E. 723)**

VAN KAMPEN DYNAMIC CREDIT OPPORTUNITIES FUND; VAN

KAMPEN SENIOR INCOME TRUST; and VAN KAMPEN SENIOR LOAN FUND,

Lenders in the $450,000,000 Credit Agreement dated as of August 1, 2005, files notice

that it has posted its surety bond (the "Bond") in the sum of $9,853,981.53 with the Clerk

of the Bankruptcy Court for the Southern District of Florida.  The Bond, attached as

Exhibit A, is posted as a condition of the stay pending the appeal of the October 30, 2009,

*Amended Findings of Fact and Conclusions of Law* (D.E. 722), which amends and

replaces the *Findings of Fact and Conclusions of Law* (D.E. 658) and the *Amended Final*

{M2887180:1}

*Judgment* (D.E. 721), which amends and replaces the *Final Judgment* (D.E. 659) (collectively, the "Amended Judgment") and in compliance with the Order on Motions for Stay Pending Appeal (D.E. 723), entered by the Bankruptcy Court in this adversary proceeding, as amended in part by the Order Granting in Part Motions for Stay & Closing Cases, entered by the U.S. District Court for the Southern District of Florida in Case Nos. 09-23425-mc-JORDAN and 09-23428-mc-JORDAN.

## ATTORNEY CERTIFICATION

I, Andrea S. Hartley, here by certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that the attorneys with Milbank, Tweed, Hadley & McCloy, LLP, appearing pro hac vice in this matter, were admitted pursuant to Court Order dated August 27, 2008 as to Andrew W. Leblanc (D.E. 48) and Andrew T. Beirne (D.E. 49); and dated August 28, 2008 as to Dennis F. Dunne (D.E. 53).

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne (pro hac vice)
Andrew M. Leblanc (pro hac vice)
Andrew T. Beirne (pro hac vice)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: 212-530-5000
Facsimile: 212-530-5219

and

{M2887180;1}                                          2

AKERMAN SENTERFITT
Las Olas Centre II, Suite 1600
3350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: michael.goldberg@akerman.com
Email: andrea.hartley@akerman.com

By:_____
  Michael I. Goldberg, Esq.
  Florida Bar Number 886602
  Andrea S. Hartley, Esq.
  Florida Bar Number 864234

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2009, I filed the foregoing Notice of Filing with the Clerk of the Court. I also certify that notification of the filing of the foregoing document will be served on all counsel of record via CM/ECF and e-mail as indicated on the attached Service List.

By:_____
  Andrea S. Hartley

## SERVICE LIST

Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 W. Flagler St., Suite 2500
Miami, FL  33130
*predmond@swmwas.com*

Michael L. Waldman, Esq.
Robbins, Russell, Englert, Orseck,
  Untereiner & Sauberg, LLP
1801 K Street, N.W. – Suite 411-L
Washington, D.C.  20006
*mwaldman@robbinsrussell.com*

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
*singerman@bergersingerman.com*

Allan E. Wulbern, Esq.
Stephen D. Busey, Esq.
Smith, Hulsey & Busey
225 Water St., # 1800
Jacksonville, FL  32202
*awulbern@smithhulsey.com*

Amy D. Harris, Esq.
Strichter, Riedel, Blain & Prosser, P.A.
110 E. Madison St., #200
Tampa, FL  33602
*aharris.ecf@srbp.com*

Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
*joseph.smolinsky@weil.com*

Thomas J. Hall, Esq.
Eric J. Przybylko, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10012
*thall@chadbourne.com*
*eprzybylko@chadbourne.com*

Scott L. Baena, Esq.
Matthew I. Kramer, Esq.
Jeffrey I. Snyder, Esq.
Bilzin Sumberg Baena Price &
  Axelrod LLP
200 S. Biscayne Blvd., #2500
Miami, FL  33131
*sbaena@bilzin.com*

Gregory W. Nye, Esq.
Richard Whiteley, Esq.
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT  06103
*gregory.nye@bgllp.com*
*richard.whiteley@bgllp.com*

M. Natasha Labovitz, Esq.
Matthew E. Papez, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
*natasha.labovitz@kirkland.com*
*matthew.papez@kirkland.com*

{M2887180;1}