**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| TOUSA, INC., *et al.*, | : | Case No. 08-10928-JKO |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

|  |  |  |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED | : |  |
| CREDITORS OF TOUSA, INC., *et al.*, | : | Adv. Pro. No. 08-01435 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| CITICORP NORTH AMERICA, INC., *et al.,* | : |  |
|  | : |  |
| Defendants. | : |  |

**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**REGARDING DEFENDANTS' ORAL REQUESTS**
**FOR A STAY OF THEIR FINAL DISGORGEMENT OBLIGATIONS**
**WITHOUT POSTING ADDITIONAL BONDS**

At the conclusion of the May 17, 2010 hearing on the Committee's Motion to Set Payment Amounts, the defendants made preemptive oral motions to stay their final disgorgement obligations without posting additional bonds.   The Court requested that the Committee provide a written statement of  its position regarding these preemptive motions.

Although the final judgment relating to these disgorgement obligations has not yet been entered, the Committee wishes to inform the Court that it does not anticipate opposing the defendants' stay motions.

Dated: May 27, 2010

Respectfully submitted,

I HEREBY CERTIFY that the undersigned attorneys are appearing *pro hac vice* in this matter pursuant to court order dated July 10, 2008 [D.E. 1360, 1362, 1363 in Ch. 11 No. 08-10928] and July 7, 2009 [D.E. 518]

<table>
<tr><td>/s/ Patricia A. Redmond</td><td colspan="2">/s/ Michael L. Waldman</td></tr>
<tr><td>PATRICIA A. REDMOND</td><td>LAWRENCE S. ROBBINS</td><td>*pro hac vice*</td></tr>
<tr><td>(Florida Bar No. 303739)</td><td>(D.C. Bar No. 420260)</td><td></td></tr>
<tr><td>DAVID C. POLLACK</td><td>ALAN D. STRASSER</td><td>*pro hac vice*</td></tr>
<tr><td>(FLORIDA BAR NO. 362972)</td><td>(D.C. Bar No. 967885)</td><td></td></tr>
<tr><td>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.</td><td>MICHAEL L. WALDMAN</td><td>*pro hac vice*</td></tr>
<tr><td>150 West Flagler Street</td><td>(D.C. Bar No. 414646)</td><td></td></tr>
<tr><td>Miami, FL 33130</td><td>ERIC J. FEIGIN</td><td>*pro hac vice*</td></tr>
<tr><td>Telephone: (305) 789-3553</td><td>(D.C. Bar No. 987141)</td><td></td></tr>
<tr><td>Facsimile: (305) 789-3395</td><td>ROBBINS, RUSSELL, ENGLERT, ORSECK,</td><td></td></tr>
<tr><td>predmond@stearnsweaver.com</td><td>UNTEREINER & SAUBER LLP</td><td></td></tr>
<tr><td>dpollack@stearnsweaver.com</td><td>1801 K Street N.W., Suite 411-L</td><td></td></tr>
<tr><td></td><td>Washington, DC 20006</td><td></td></tr>
<tr><td></td><td>Telephone: (202) 775-4500</td><td></td></tr>
<tr><td></td><td>Facsimile: (202) 775-4510</td><td></td></tr>
<tr><td></td><td>lrobbins@robbinsrussell.com</td><td></td></tr>
<tr><td></td><td>astrasser@robbinsrussell.com</td><td></td></tr>
<tr><td></td><td>mwaldman@robbinsrussell.com</td><td></td></tr>
<tr><td></td><td>efeigin@robbinsrussell.com</td><td></td></tr>
<tr><td>*Local Counsel to the Fraudulent Conveyance Adversary Proceeding Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*</td><td>*Fraudulent Conveyance Adversary Proceeding Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*</td><td></td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2010, I caused a true and correct copy of the Response of the Official Committee of Unsecured Creditors Regarding Defendants' Oral Requests for a Stay of Their Final Disgorgement Obligations Without Posting  Additional Bonds to be served by e-mail on:

Paul Steven Singerman                       *singerman@bergersingerman.com*
Paul A. Avron                               *pavron@bergersingerman.com*
**BERGER SINGERMAN P.A.,** *Local Counsel*
200 S. Biscayne Blvd., Suite 1000           Telephone:  305.775.9500
Miami, FL  33131                            Facsimile:  305.714.4340
– and –
Paul M. Basta                               *pbasta@kirkland.com*
Richard M. Cieri                            *rcieri@kirkland.com*
M. Natasha Labovitz                         *nlabovitz@kirkland.com*
**KIRKLAND & ELLIS, LLP**
153 East 53 Street                          Telephone:  212.446.4800
New York, NY   10022                        Facsimile: 212.446.4900
– and –
Jeffrey S. Powell                           *jpowell@kirkland.com*
Matthew E. Papez                            *mpapez@kirkland.com*
Daniel T. Donovan                           *ddonovan@kirkland.com*
**KIRKLAND & ELLIS, LLP**
655 15 Street, NW                           Telephone:   202.879.5000
Washington DC  20005                        Facsimile:  202.879.5200
           *Counsel for TOUSA, Inc., et al.,* **Debtors / Third Party Defendants**
- - - - - - - - - - - - - - - - - - - - - - - -

Patricia A. Redmond                         *predmond@stearnsweaver.com*
David C. Pollack                            *dpollack@stearnsweaver.com*
Martin Simkovic                             *msikmovic@stearnsweaver.com*
Kelly R. Melchiondo                         *kmelchiondo@stearnsweaver.com*
**STEARNS WEAVER MILLER WEISSLER  ALHADEFF & SITTERSON, P.A.,** *Local Counsel*
150 W. Flagler Street, Suite 2200           Telephone:  305.789.3200
Miami, FL  33130                            Facsimile:  305.789.3395
– and –
Lawrence S. Robbins                         *lrobbins@robbinsrussell.com*
Alan D. Strasser                            *astrasser@robbinsrussell.com*
Michael L. Waldman                          *mwaldman@robbinsrussell.com*
Eric Feigin,Esq.                            *efeigin@robbinsrussell.com*
Gary Orseck                                 *gorseck@robbinsrussell.com*
**ROBBINS, RUSSELL, ENGLERT, ORSECK,  UNTEREINER & SAUBER LLP,**
1801 K Street, Suite 411-L                  Telephone:  202-775-4500
Washington, DC 20006                        Facsimile:  202.775.4510
           *Fraudulent Conveyance Adversary Proceeding Special Counsel*

– and –

Daniel H. Golden                             *dgolden@akingump.com*
Philip C. Dublin                             *pdublin@akingump.com*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
590 Madison Avenue                           Telephone: (212) 872-1000
New York, NY 10022                           facsimile: (212) 872-1002
     *Counsel for Official Committee of Unsecured Creditors of TOUSA, Inc., et al,* **Plaintiff**
- - - - - - - - - - - - - - - - - - - - - - - - -

Allan E Wulbern                              *awulbern@smithhulsey.com*
Stephen D. Busey                             *busey@smithhulsey.com*
**SMITH HULSEY & BUSEY**
225 Water Street, Suite 1800                 Telephone:  904.359.7700
Jacksonville, FL  32202                      Facsimile:  904.359.7708
– and –
Richard Craig Prosser                        *rprosser@srbp.com*
Harley Edward Riedel                         *hriedel@srbp.com*
Amy D. Harris                                *aharris.ecf@srbp.com*
Edward Peterson                              *epeterson@srbp.com*
**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**
110 East Madison Street, Suite 200           Telephone:  813.229.0144
Tampa, FL  33602-4718                        Facsimile:  813.229.1811
– and –
Joseph H. Smolinsky                          *joseph.smolinsky@weil.com*
**WEIL GOTSHAL**
767 Fifth Avenue                             Telephone:  212.310.8767
New York, NY 10153                           Facsimile:  212.310.8007
---
Thomas J. Hall                               *thall@chadbourne.com*
Seven R. Rivera                              *srivera@chadbourne.com*
Thomas J. McCormack                          *tmccormack@chadbourne.com*
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza                         Telephone:  212.408.5100
New York, NY  10112                          Facsimile:  212.541.5369
     *Counsel for Citicorp North America, Inc., in its capacity as Administrative Agent for the First
          Lien Revolver and First Lien Term Loan Credit Agreement***, Defendant**
     *Counsel for Castlerigg Master Investments, Ltd. Helios Funding LLC, SOF Investments, L.P.,* **,
                              Joined Defendant**
- - - - - - - - - - - - - - - - - - - - - - - - -

Scott L. Baena                               *sbaena@bilzin.com*
Matthew I. Kramer                            *mkramer@bilzin.com*
Jeffrey I Snyder                             *jsnyder@bilzin.com*
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**, *Local Counsel*
200 S. Biscayne Blvd., Suite 2500            Telephone:  305.374.7580
Miami, FL   33131                            Facsimile:  305.374.7593

*Co-Counsel to Wells Fargo, as Successor Administrative Agent under that Certain  Second Lien Term Loan Credit Agreement, and an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Edward J. Estrada | *eestrada@reedsmith.com* |
| Jordan W. Siev | *jsiev@reedsmith.com* |
| John L. Scott | *jscott@reedsmith.com* |

**REED SMITH LLP**

| | |
|---|---|
| 599 Lexington Avenue, 22nd Floor | Telephone:  212.541.5400 |
| New York, NY   10022 | Facsimile:  212.541.5450 |

*Counsel to Morgan Stanley Senior Funding, Inc., a Second Lien Term Loan Lender*, **Defendant**

– and –

| | |
|---|---|
| Evan D. Flaschen | *evan.flaschen@bgllp.com* |
| Gregory W. Nye | *gregory.nye@bgllp.com* |
| Richard Whiteley | *richard.whiteley@bgllp.com* |
| Daynor M. Carman | *daynor.carman@bgllp.com* |

**BRACEWELL & GIULIANI LLP**

| | |
|---|---|
| 225 Asylum Street, Suite 2600 | Telephone:  860.947.9000 |
| Hartford, CT   06013 | Facsimile:  860.246.3201 |

– and –

| | |
|---|---|
| David M. Levine | dml@LKLlaw.com |
| Lawrence A. Kellogg | lak@LKLlaw.com |
| Robin J. Rubens | rjr@LKLlaw.com |
| Jeffrey C. Schneider | jcs@LKLlaw.com |

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**

| | |
|---|---|
| 201 South Biscayne Blvd. | |
| Miami Center – 34th Floor | Telephone:  305.403.8788 |
| Miami, FL   33131 | Facsimile:  305.403.8789 |

*Local Counsel to several members of an Informal Group of Holders of Second Lien Term Loan Lenders*, **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| John H. Genovese | *jgenovese@gjb-law.com* |
| Paul J. Battista | *pbattista@gjb-law.com* |
| Heather L. Yonke | *hyonke@gjb-law.com* |

**GENOVESE JOBLOVE & BATTISTA, P.A.** , *Local Counsel*

| | |
|---|---|
| 100 SE 2 Street, 44 Floor | Telephone:  305.349.2300 |
| Miami, FL   33131 | Facsimile:  305.349.2310 |

– and –

| | |
|---|---|
| David S. Rosner | *drosner@kasowitz.com* |
| Andrew K. Glenn | *aglenn@kasowitz.com* |
| Jeffrey R. Gleit | *jgleit@kasowitz.com* |
| Daniel A. Fliman | *dfliman@kasowitz.com* |
| John Minsker | *jminsker@kasowitz.com* |

**KASOWITZ,  BENSON, TORRES & FRIEDMAN LLP**

| | |
|---|---|
| 1633 Broadway | Telephone:  212.506.1700 |
| New York, NY  10019 | |

*Counsel to Aurelius Named-Entities, GSO Named-Entities, and Carlyle Strategic Partners*
*(collectively, the "Noteholders"),* **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Michael I Goldberg | *michael.goldberg@akerman.com* |
| Philip Landau | *philip.landau@akerman.com* |
| **AKERMAN SENTERFITT**, *Local Counsel* | |
| 350 East Las Olas Blvd., Suite 1600 | Telephone:  954.463.2700 |
| Fort Lauderdale, FL  33301-2229 | Facsimile:  954.463.2224 |
| – and – | |
| Dennis F. Dunne | *ddunne@milbank.com* |
| Andrew M. LeBlanc | *aleblanc@milbank.com* |
| Andrew Beirne | *abeirne@milbank.com* |
| Atara Miller | *amiller@milbank.com* |
| Dennis C. O'Donnell | *dodonnell@milbank.com* |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | |
| 1 Chase Manhattan Plaza | Telephone:  212.530.5287 |
| New York, NY  10005 | Facsimile:  212.530.5219  or 212.822.5057 |

*Counsel for the "Senior Transeastern Lenders,"* **Defendants**

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Ileana A. Cruz | *icruz@whitecase.com* |
| David P. Draigh | *ddraigh@whitecase.com* |
| **WHITE & CASE LLP** | |
| 200 S. Biscayne Blvd., Suite 4900 | Telephone:  305.371.2700 |
| Miami, FL  33131 | Facsimile:  305.995.5289 |
| – and – | |
| Meghan McCurdy | *mmccurdy@whitecase.com* |
| David G. Hille | *dhille@whitecase.com* |
| **WHITE & CASE LLP** | |
| 1155 Avenue of the Americas | Telephone:  212.819.8200 |
| New York, NY  10036 | Facsimile:  212.354.8113 |

*Counsel for Deutsche Bank Trust Company Americas, Highland Named-Entities, Jasper CLO*
*Ltd., Loan Funding VII LLC, Quadrangle Master Funding Ltd., Stedman Loan Fund II*
*Subsidiary Holding Company II, LLC*

- - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Darren D. Farante | *dfarante@fowlerwhite.com* |
| **FOWLER WHITE BOGGS P.A.** | |
| P.O. Box 1438 | Telephone:  813.228-7411 |
| Miami, FL  33131 | Facsimile:  813.229.8313 |

*Counsel for Centurion CDO 10, Ltd., Centurion DCO 8, Limited, Centurion CDO 9, Ltd.,*
*Centurion CDO II, Ltd., Centurion DCO VI, Ltd., Centurion CDO VII, Ltd., Centurion CDO XI,*
*Ltd., Eaton Vance Credit Opportunities Funds, Eaton Vance Floating-Rate Income Trust, Eaton*
*Vance Grayson & Co., Eaton Vance Limited Duration Income Fund, Senior Debt Portfolio,*
*Eaton Vance Senior Floating-Rate Trust, Eaton Vance Senior Income Trust, Eaton Vance VT*
*Floating-Rate Income Fund, VierSource Floating Rate Fund, Sequils-Centurion V, Ltd.*

- - - - - - - - - - - - - - - - - - - - - - - -

Craig V. Rasile                                      *crasile@hunton.com*
Mathew Mannering                                     *mmannering@hunton.com*
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500                     Telephone:  305.810.2500
Miami, FL   33131                                    Facsimile:  305.810.2460
– and –
Ryan A. Becker                                       *rbecker@hunton.com*
**HUNTON & WILLIAMS LLP**
200 Park Avenue                                      Telephone:  212.309.1000
New York, NY   10166                                 Facsimile:  212.309.1100
*Counsel for CIT Group/ Business Credit, Inc.*
- - - - - - - - - - - - - - - - - - - - - - - -

Jerry M. Markowitz                                   *jmarkowitz@mdrtlaw.com*
Rachel L. Rubio                                      *rrubio@mdrtlaw.com*
**MARKOWITZ, DAVIS, RINGEL & TRUSTY, P.A.**
9130 South Dadeland Boulevard, Suite 1225            Telephone:  305.670.5000
Miami, FL   33156-7849                               Facsimile:  305.670.5011
– and –
Joseph T. Baio                                       *jbaio@wilkie.com; sjones@wilkie.com;*
**WILKIE FARR & GALLAGAR PA**                        *mabrams@wilkie.com***;** and
787 Seventh Avenue                                   *dgibson@wilkie.com*
New York, NY   10019-6099                            Telephone:  212.728.8521
                                                     Facsimile:  212.728.9521
*Counsel for AlixPartners LLP.*
- - - - - - - - - - - - - - - - - - - - - - - -

Joaquin J. Alemany                                   *joaquin.alemany@hklaw.com*
Jose A. Casal                                        *jcasal@hklaw.com*
Rodolfo Sorondo, Jr.                                 *rsorondo@hklaw.com*
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3000                      Telephone:  305.374.8500
Miami, FL   33131                                    Facsimile:  305.789.7799
– and –
David M. Feldman                                     *dfeldman@gibsondunn.com*
James Hallowell                                      *jhallowell@gibsondunn.com*
Matthew K. Kelsey                                    *mkelsey@hklaw.com*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Ave., 47th Floor                          Telephone:  212.351.4000
New York, NY   10166-0193                            Facsimile:  212.351.4035
*Counsel for Tannenbaum Multi-Strategy Master Fund, **Joined Defendant***
- - - - - - - - - - - - - - - - - - - - - - - -

Shalom L. Kohn                               *skohn@sidley.com*
**SIDLEY AUSTIN LLP**
787 7th Avenue, Suite 2400              Telephone:  212.839.5440
New York, NY   10019                         Facsimile:  312.859.7036
     *Counsel for Fortress Credit Investments I Ltd. and Fortress Credit Investments II Ltd.*
- - - - - - - - - - - - - - - - - - - - - - - -


Steven Schneiderman                          *steven.d.schneiderman@usdoj.gov*
**OFFICE OF THE ASSISTANT UNITED STATES TRUSTEE**
51 SW 1 Avenue, Suite 1204             Telephone:  305.536.7285
Miami, FL   33130                            Facsimile:  305.536.7360
- - - - - - - - - - - - - - - - - - - - - - - -


     */s/ Patricia A. Redmond*
     Patricia A. Redmond

#323853 v1