

**ORDERED in the Southern District of Florida on May 28, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re:<br>TOUSA, INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11 Cases<br><br>Case No. 08-10928-JKO<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF TOUSA, INC., *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITICORP NORTH AMERICA, INC., *et al.,*<br><br>　　　　　　Defendants. | Adv. Pro. No. 08-01435 |

**ORDER GRANTING IN PART MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO SET PAYMENT AMOUNTS AS AGAINST THE
SENIOR TRANSEASTERN LENDERS [DE 937]**

This matter came before the Court upon the Official Committee of Unsecured

Creditors of TOUSA, Inc., *et al.*'s (the "Committee's") Motion to Set Payment Amounts

(the "Motion"). The Court has heard and considered the Committee's Motion and the pleadings and arguments of counsel. Accordingly, for good cause shown, it is **ORDERED** and **ADJUDGED** that:

The Committee's Motion is hereby **GRANTED IN PART**. The Senior Transeastern Lenders[1] shall separately disgorge the amounts set forth in Exhibit A hereto, plus prejudgment interest from July 31, 2007 through the date of an order entering final judgment on Counts VII–XVIII of the Third Amended Complaint, into the "Disgorgement Account," as defined on p. 178 of Docket No. 722.[2]

# # #

**Submitted by:**

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Patricia A. Redmond (Florida Bar No. 303739)
David C. Pollack (Florida Bar No. 362972)
150 West Flagler, Street
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395

-and-

---

[1] For purposes of this Order, the term "Senior Transeastern Lenders" refers to the entities listed in Exhibit A hereto.

[2] Pursuant to 11 U.S.C. § 550(a), subject to the single satisfaction rule of § 550(d), and for reasons stated in the findings of fact and conclusions of law, *see* [DE 722, at 163], Senior Transeastern Lender Deutsche Bank Trust Company Americas is jointly liable for the disgorgements of Senior Transeastern Lenders Eaton Vance Credit Opportunities Fund; Eaton Vance Floating-Rate Income Trust; Eaton Vance Grayson & Co.; Eaton Vance Limited Duration Income Fund; Senior Debt Portfolio; Eaton Vance Senior Floating-Rate Trust; Eaton Vance Senior Income Trust; Eaton Vance VT Floating-Rate Income Fund; Centurion CDO 10, Ltd.; Centurion CDO 8, Limited; Centurion CDO 9, Ltd.; Centurion CDO II, Ltd.; Centurion CDO VI, Ltd.; Centurion CDO VII, Ltd.; and Centurion CDO XI, Ltd.

**ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP**
Alan D. Strasser
Michael L. Waldman
1801 K Street N.W., Suite 411-L
Washington, DC  20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

*Fraudulent Conveyance Adversary Proceeding Counsel for the Official Committee of Unsecured Creditors of TOUSA, Inc., et al.*


Edited in Chambers
         -WRHjr for JKO


<u>Copies to</u>:
Patricia A. Redmond
*(Attorney Redmond shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

**Exhibit A: Individual Senior Transeastern Lender Disgorgement Obligations**

| Entity | Fund | Amount 1 |
|---|---|---:|
| Bank of America | Bank of America, N.A. | 51,521,519.59 |
| Bank of America | LL Blue Marlin Funding LLC | 14,101,420.98 |
| Merrill Lynch Credit Products | Merrill Lynch Credit Products LLC | 6,043,466.13 |
| Black Diamond CLO 2005-1 | Black Diamond CLO 2005-1 | 1,007,244.36 |
| Fall Creek CLO Ltd. | Fall Creek CLO Ltd. | 1,007,244.36 |
| DB Investment Management | Aurum CLO 2002-1 Ltd. | 1,510,866.54 |
| DB Investment Management | Flagship CLO III | 755,433.26 |
| DB Investment Management | Flagship CLO IV | 1,208,693.23 |
| DB Investment Management | Flagship CLO V | 1,813,039.84 |
| Deutsche Bank Trust | Deutsche Bank Trust Company Americas | 4,197,135.85 |
| Eaton Vance | Eaton Vance Credit Opportunities Fund | 503,622.18 |
| Eaton Vance | Eaton Vance Floating-Rate Income Trust | 1,712,315.40 |
| Eaton Vance | Eaton Vance Grayson & Co. | 5,980,651.74 |
| Eaton Vance | Eaton Vance Limited Duration Income Fund | 1,762,677.62 |
| Eaton Vance | Senior Debt Portfolio | 1,895,789.44 |
| Eaton Vance | Eaton Vance Senior Floating-Rate Trust | 1,586,409.87 |
| Eaton Vance | Eaton Vance Senior Income Trust | 579,165.51 |
| Eaton Vance | Eaton Vance VT Floating-Rate Income Fund | 604,346.61 |
| Farallon | Farallon Capital Institutional Partners II, L.P. | 67,989.00 |
| Farallon | Farallon Capital Institutional Partners III L.P. | 30,217.33 |
| Farallon | Farallon Capital Institutional Partners L.P. | 259,365.42 |
| Farallon | Farallon Capital Offshore Investors II, L.P. | 1,649,362.63 |
| Farallon | Farallon Capital Offshore Investors, Inc. | 5,361,058.08 |
| Farallon | Farallon Capital Partners L.P. | 1,631,735.86 |
| Farallon | Tinicum Partners, L.P. | 65,470.89 |
| Goldman Sachs Credit Partners | Goldman Sachs Credit Partners, L.P. | 1,007,244.36 |
| Grand Central Asset Trust | Grand Central Asset Trust, CED Series | 16,115,909.69 |
| Hartford | The Hartford Floating Rate Fund | 2,518,110.88 |
| Hartford | Stedman CBNA Loan Funding LLC | 3,525,355.25 |
| Highland | Atascosa Investments LLC | 2,014,488.71 |
| Highland | Burnet Partners, LLC | 2,014,488.71 |
| Highland | Gleneagles CLO Ltd. | 4,028,977.42 |
| Highland | Grand Central Asset Trust, HLD Series | 3,021,733.07 |
| Highland | Grand Central Asset Trust, SOH Series | 5,439,119.52 |
| Highland | Highland CDO Opportunity Fund, Ltd. | 1,107,968.79 |
| Highland | Highland Credit Opportunities CDO Ltd. | 3,021,733.07 |
| Highland | Highland Loan Funding VII, LLC | 2,518,110.88 |
| Highland | Highland Floating Rate Advantage Fund | 4,028,977.42 |
| Highland | Highland Floating Rate LLC | 4,028,977.42 |
| Highland | Highland Legacy Limited | 3,021,733.07 |
| Highland | Highland Offshore Partners, L.P. | 1,510,866.54 |
| Highland | Jasper CLO, Ltd. | 3,021,733.07 |
| Highland | Liberty CLO, Ltd. | 5,539,843.96 |
| Highland | Rockwall CDO, Ltd. | 503,622.18 |
| JPMorgan Chase Bank, N.A. | Bear Stearns Investment Products Inc. | 503,622.18 |
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. | 18,727,193.34 |
| Monarch | Quadrangle Master Funding Ltd. | 146,732,818.23 |
| Ocean Bank | Ocean Bank | 11,403,561.81 |
| Riversource | Centurion CDO 10, Ltd. | 2,014,488.71 |
| Riversource | Centurion CDO 8, Limited | 2,185,720.25 |
| Riversource | Centurion CDO 9, Ltd. | 2,921,008.63 |
| Riversource | Centurion CDO II, Ltd. | 2,014,488.71 |
| Riversource | Centurion CDO VI, Ltd. | 1,460,504.31 |

**Exhibit A: Individual Senior Transeastern Lender Disgorgement Obligations**

| Entity | Fund | Amount 1 |
|---|---|---:|
| Riversource | Centurion CDO VII, Ltd. | 4,008,832.54 |
| Riversource | Centurion CDO XI, Ltd. | 2,014,488.71 |
| Riversource | Riversource Floating Rate Fund | 1,007,244.36 |
| Riversource | Sequils-Centurion V, Ltd. | 4,532,599.60 |
| Silver Oak | Silver Oak Capital LLC | 1,007,244.36 |
| Stagg Capital Group LLC | 3V Capital Management, LLC / 3V Capital Master Fund Ltd. | 6,547,088.31 |
| Van Kampen | Van Kampen Dynamic Credit Opportunities Fund | 1,007,244.36 |
| Van Kampen | Van Kampen Senior Income Trust | 3,234,408.56 |
| Van Kampen | Van Kampen Senior Loan Fund | 3,234,408.56 |
| Wells Fargo | Wells Fargo - The Foothill Group, Inc. | 10,072,443.55 |
| | Total | 399,474,644.75 |

Source: Andrew Beirne's December 16, 2009 e-mail to Michael L. Waldman (see Exhibit N).

1 The amounts in this column represent the prorata allocation of the $421,015,089.14 reflected in Exhibit N multiplied by the fraction $403,000,000.00/$421,015,089.14.