**CGFD71** (1/26/10)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Official Committee of Unsecured Creditors of TOUSA v. Citicorp North America, Inc. et al

**Adversary Case Number:** <u>08–01435–JKO</u>

(Related Bankruptcy Case Number: 08–10928–JKO )

County of Residence or Place of Business: Fort Lauderdale

## TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on <u>6–7–10</u>
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number: _____ (Assigned to Motion filed pursuant to USDC Local Rule 87.4 C or D)
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
    - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court

**[For Appeals]:** The Party or Parties Included in the Appeal to District Court:

**Appellant(s):** <u>Senior Transeastern Lenders</u>   **Attorney:** <u>Michael I. Goldberg Esq</u>
<u>3350 East Las Olas Blvd #1600</u>
<u>Ft Lauderdale, FL 33301</u>

**Appellee(s):** <u>Official Committee of Unsecured Creditors</u>   **Attorney:** <u>Patricia A. Redmond, Esq</u>
<u>150 West Flagler St #2500</u>
<u>Miami, FL 33130</u>

**Title and Date of Order Appealed:** <u>Order Granting Final Judgment on Counts VII–XVIII of the Third Amended Complaint</u>

**Entered on Docket Date:** <u>5–28–10</u>   **Docket Number:** <u>986</u>

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: <u>11–9–09; 12–4–09; 12–16–09; 1–13–10; 1–11–10; 1–29–10; 3–18–10; 4–15–10; 5–17–10; 5–4–10; 6–16–10; 7–13–10</u>
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** <u>10/21/10</u>

**CLERK OF COURT**
By: <u>Maria Cervino</u>
Deputy Clerk   (954) 769–5700