

**ORDERED in the Southern District of Florida on January 22, 2013.**

John K. Olson, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**TOUSA**  Case No.: 08-10928-BKC-JKO

 Debtor.  Chapter 11
_____/

**Official Committee of Unsecured Creditors of TOUSA**



 **Plaintiffs,**  Adv. Case No.: 08-1435-JKO-A

-v-


**Citicorp North America, Inc. et al**



 **Defendants.**

_____/

## ORDER REOPENING CASE

**THIS MATTER** comes before the Court *sua sponte*. The Court having reviewed the court file and being otherwise fully advised in the premises, hereby **ORDERS** that:

1. The above referenced adversary case is REOPENED.

# # #

The Clerk is directed to serve this order on all other interested parties.