

**ORDERED in the Southern District of Florida on August 29, 2013.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| TOUSA, INC., *et al.*, | Case No. 08-10928-JKO |
| | Chapter 11 Cases |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *et al.,* | Adv. Pro. No. 08-1435-JKO |
| Plaintiffs, | |
| v. | |
| CITICORP NORTH AMERICA, Inc., *et al.,* | |
| Defendants. | |

**ORDER (I) AUTHORIZING THE RELEASE OF**
**CERTAIN ESCROWED FUNDS AND (II) CLARIFYING THE RELEASE**
**OF CERTAIN BONDS IN CONNECTION WITH THE CONFIRMATION ORDER**

Upon consideration of the Ex Parte *Motion for an Order (i) Authorizing the Release of*

*Certain Escrowed Funds and (ii) Clarifying the Release of Certain Bonds in Connection with the*

*Confirmation Order* [ECF No. 1199] (the "<u>Motion</u>")[1] of the TOUSA Liquidation Trust (the "<u>Liquidation Trust</u>") requesting entry of an order (i) authorizing the Clerk of the Court to release the Escrowed Funds in accordance with the Confirmation Order and the instructions attached hereto as **Exhibit 1** and (ii) clarifying that the transfer by a Term Loan Lender Defendant, or its designee, directly to the Liquidation Trust of amounts due with respect to any Term Loan Lender Disgorgement Payment owed by such Term Loan Lender Defendant shall be sufficient to fully and unconditionally discharge and release any Surety Bonds posted by the applicable Term Loan Lender Defendant with respect thereto; and it appearing that the relief requested in the Motion is in the best interests of the Liquidation Trust, its beneficiaries and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the parties having certified, in accordance with Local Rule 9013-1(C)(1), that all lenders affected by the relief requested in the Motion have consented to such relief; and after due deliberation and sufficient cause appearing therefor, it is **ORDERED** that:

1.      The relief requested in the Motion is granted.

2.      The Clerk of the Bankruptcy Court is authorized and directed, within five (5) days of the date of the entry of this Order, to wire the Escrowed Funds in accordance with the instructions set forth on **Exhibit 1** attached hereto.

---

[1]      Capitalized terms used herein but not otherwise defined have the meaning ascribed to them in the Motion.

3.       Upon (a) payment by a Term Loan Lender Defendant, or its designee, of its Term Loan Lender Disgorgement Payment to the Liquidation Trust, (b) receipt by such Term Loan Lender Defendant, or its designee, of confirmation from the Liquidation Trust that the Liquidation Trust has received such payment and (c) receipt by the surety company that posted the bond in respect of such Term Loan Lender disgorgement obligation of proof that the Liquidation Trust has received such payment, (i) any Surety Bond posted with a surety company by such Term Loan Lender Defendant in respect of its Term Loan Lender Disgorgement shall no longer be required and shall be fully and unconditionally discharged, released and exonerated, and such Term Loan Lender Defendant and such surety company in respect of such supersedeas bond shall be fully and unconditionally discharged and released from any and all past, present and future liability arising under or in connection with the issuance of such bond (and any instrument representing or evidencing such bond shall be returned to such Term Loan Lender Defendant or, if so directed by such Term Loan Lender Defendant, to such surety company) and (ii) such Term Loan Lender Defendant will be fully and finally released from, and the Liquidation Trust shall be deemed to fully and finally waive with respect to such Term Loan Lender Defendant in respect of the Term Loan Lender Disgorgement Payments owed by such Term Loan Lender or any other amounts as may be adjudged or awarded against such Term Loan Lender Defendants in respect of the Term Loan Lender Disgorgement Payments in connection with the Committee Action; provided, however, that nothing in this paragraph is intended to relieve a surety company of its obligation to otherwise make payments pursuant to paragraphs 87(b) and 88(f) of the Confirmation Order.

4.       This Order shall be effective immediately upon entry.

3

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

<u>Submitted by:</u>

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Patricia A. Redmond (Florida Bar No. 303739)
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 789–3553
Facsimile: (305) 789–3395

–and–

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Daniel H. Golden (New York Bar No. 1133859)
Philip C. Dublin (New York Bar No. 2959344)
One Bryant Park
New York, NY 10036
Telephone: (212) 872–1000
Facsimile: (212) 872–1002

–and–

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
Lawrence S. Robbins (DC Bar No. 420260)
Michael Waldman (DC Bar No. 414646)
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

*Co–counsel to the TOUSA Liquidation Trust*

**BERGER SINGERMAN LLP**
Paul Steven Singerman (Florida Bar No. 378860)
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

–and–

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (New York Bar No. 4207122)
Joshua A. Sussberg (New York Bar No. 4216453)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Co-counsel to the TOUSA Liquidation Trust*

**EXHIBIT 1**

| Amount | Payee | Wire Instructions |
|---|---|---|
| $  5,202,040.33 | Liquidation Trustee | Bank:  Wells Fargo Bank NA<br>          401 E Jackson Street, Ste 1450<br>          Tampa, FL 33602<br><br>ABA #: 121000248<br><br>Account Name: TOUSA, Inc. FBO<br>                      Conveying Subsidiaries<br><br>Account Number: 2000049242526 |
| $       94,222.69 | First Lien Term Loan Agent | Bank:  Citibank NA<br><br>ABA:  #021-000-089<br><br>Account Name:  Medium Term Finance<br>                      <TOUSA><br><br>Account Number: 3685-2248 |
| $       20,092.82 | CGDO, LLC As Agent For Chilton Global Distressed Opportunities Master Fund, LP / CGDO, LLC | Bank: Chase Manhattan Bank, N.Y.<br>ABA #:  021-000-021<br>FAO Account Name: Goldman Sachs & Co., N.Y.<br>FAO Account #: 066642426<br>FFC Account Name: Chilton Global Distressed, Side Pocket<br>FFC Account #: 002-44241-6 |
| $  1,680,775.67 | Fidelity Fixed Income Trust: Fidelity Strategic Real Return Fund / STRLRRE | Bank: Mellon, NA<br>ABA #: 011001234<br>DDA #: 115762<br>Cost Center 6630<br>Ref:  Strategic RR Real Estate Sub/FMRF2507802 |
| $  1,686,545.80 | Fidelity Reoi Cayman Ltd / REOPICYM | Bank:  State Street Bank and Trust Company<br>Boston, MA 02101 |

| | | |
|---|---|---|
| | | ABA #: 011000028<br>DDA: 10331064<br>Ref:  Fund IMJB |
| $        60,374.51 | Foothill Group, Inc. / Wells Fargo Foothill | Bank: Wells Fargo Bank<br>City: San Francisco, CA<br>ABA #: 121-000-248<br>A/C Name: The Foothill Group, Inc.<br>A/C #: 6355010512<br>Ref: TOUSA /AIM |
| $        54,078.06 | HBK Master Fund, L.P. | The Bank of New York Mellon<br>ABA Routing No: 021000018<br>HBK Master Fund L.P.<br>Account No. 8900503904<br>Re: Tousa |
| $      124,369.36 | Perry Principals LLC / Perry Capital | Bank: JP Morgan Chase<br>ABA #:  021-000-021<br>FAO Account Name:  JPMCC<br>FAO Account #: 066001633<br>FBP Account Name: Perry Principals LLC<br>FBP Account #: 102-00514-29 |
| $   2,704,718.50 | Cyrus SPV I LLC, on behalf of Promethean I Master Ltd. (F/K/Agaia Offshore Master Fund Ltd.) | Bank: First Republic<br>ABA: 321-081-669<br>FFC Account Name: Cyrus SPV I LLC<br>FFC Account #: 80000414525 |
| $        34,919.05 | Cyrus SPV I LLC, on behalf of Promethean II Master LP | Bank: First Republic<br>ABA: 321-081-669<br>FFC Account Name: Cyrus SPV I LLC<br>FFC Account #: 80000414525 |